UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Park Ok-gu, Plaintiff v. DistroKid, Inc.; YouTube LLC; Spotify USA Inc., Defendants

COMPLAINT – Filed on 2025-11-23

This complaint alleges large-scale copyright infringement, unauthorized distribution, monetization, and evidence tampering involving plaintiff's original music works. Plaintiff created original tracks via Suno AI on 2024-07-30 and distributed through DistroKid. Unauthorized parties uploaded identical works before or after distribution, generating revenue. Platforms later removed content, confirming infringement patterns. Plaintiff seeks damages, injunctive relief, discovery, and Marshal service.

Contact: Name: Park Ok-gu Email: boringgrout@naver.com Alt: boringgrout0@gmail.com Phone: +82-10-8381-0392 Address: 5F, 78 Dodang-ro 27-gil, Dobong-gu, Seoul, Korea

EVIDENCE PACKAGE – 5 ITEMS – 2025-11-23

1. Suno AI Original File creation metadata (2024-07-30). 2. DistroKid distribution proof (2024-08). 3. Infringing uploads timestamps comparison. 4. Spotify deletion confirmation. 5. Copyright ownership declaration.

Used for SDNY filing.

CIVIL COVER SHEET (JS44) – 2025-11-23
Plaintiff: Park Ok-gu Defendants: DistroKid, YouTube LLC, Spotify USA Inc.
Nature of Suit: 820 Copyright Jurisdiction: Federal Question
Origin: Original Proceeding Relief: Copyright damages, injunction, subpoena, Marshal service.

Case 1:25-cv-09818-UA   Document 1   Filed 11/22/25   Page 3 of 3