# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

Park Ok-gu, Plaintiff, Pro Se v.

PK Interactive LLC, DistroKid LLC, and John Does 1-50, Defendants.

+1

Case No.: 1:25-cv-09818-UA

COMPLAINT

## I. PARTIES

1. Plaintiff **Park Ok-gu** is an individual residing at: 27-gil 78, Dodang-ro, Dobong-gu, Seoul 01349, Republic of Korea. Email: boringgrout@naver.com

   .

2. Defendant **DistroKid LLC** is a Delaware limited liability company. For service of process, its registered agent is **Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.**

   .

3. Defendant **PK Interactive LLC** is a Delaware limited liability company. For service of process, its registered agent is **Northwest Registered Agent LLC, 1900 E. Golf Rd., Suite 950A, Schaumburg, IL 60173.**

## V. PRAYER FOR RELIEF

A. Declare Plaintiff the rightful copyright owner;

B. Order restoration of Plaintiff's catalog;

C. Require full royalty accounting and payment;

D. Award statutory/actual damages;

E. Grant costs, interest, and further just relief.

Dated: December 19, 2025

 Park Ok-gu

Plaintiff, Pro Se

78, 5, Dodang-ro 27-gil, Dobong-gu, Seoul

Email: boringgrout@naver.com