# United States District Court,

# Southern District of New York

**Case No:** 1:25-cv-09818-VSB

**Plaintiff:** OK-GU PARK **v.**

**Defendants:** DISTROKID (PRACTICAL MUSICA, INC.), PK INTERACTIVE LLC, SPOTIFY AB, GOOGLE LLC (YOUTUBE), **BYTEDANCE LTD. (TIKTOK)**, and DOES 1-10.

---

## THIRD AMENDED COMPLAINT (FINAL VERSION)

## I. JURISDICTION & VENUE

1. **Subject Matter Jurisdiction:** This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and § 1332 (Diversity of Citizenship).

2. **Personal Jurisdiction & Venue:** Pursuant to Section 10 of DistroKid's Terms of Service (**Exhibit A**), Defendants have irrevocably consented to the exclusive jurisdiction of the courts located in New York County, New York. This consent extends to all affiliated platforms through their distribution agreements.

## II. COPYRIGHT OWNERSHIP & IDENTIFICATION

1. **Verified Ownership:** Plaintiff is the sole creator and owner of the music catalog (Account ID: 8813629). Ownership has been officially verified by YouTube and Spotify through successful DMCA proceedings.

2. **Technical Proof:** Cryptographic MD5 hashes and metadata confirming the original creation on July 30, 2024, are attached as **Exhibit C-1**.

3. **Registration:** Official registration applications with the Korea Copyright Commission (KCC) and the U.S. Copyright Office (USCO) are attached as **Exhibit B**.

## III. STATEMENT OF FACTS: FRAUD, COLLUSION & HIJACKING

1. **The 37-Minute Collusion:** While Plaintiff was ignored for over 3 months, a known hijacker (Matteo Rosse) received a response from Defendants within **37 minutes** regarding Plaintiff's inquiry (**Exhibit F**). This proves active collusion with unauthorized entities.

2. **Data Manipulation:** As shown in **Exhibit D**, Defendants uploaded manually fabricated streaming records (e.g., iTunes Match settlements occurred before the technical possibility), proving a scheme to hide global revenue.

3. **Global Hijacking Network (TikTok Included):** Plaintiff has identified a network of **42 hijacking channels** operating across YouTube, Spotify, and

**TikTok (Exhibit E).** These entities are siphoning millions in revenue while the Defendants refuse to restore Plaintiff's original catalog.

4. **Imminent Risk:** Defendants are finalizing a $2 Billion corporate sale. There is an urgent risk that evidence will be altered or destroyed during this transition.

## IV. REQUESTED RELIEF (PRAYER FOR RELIEF)

Plaintiff respectfully requests that this Court:

1. **Grant an Immediate Revenue Freeze (TRO)** on the hijacking channels identified in **Exhibit E,** including those on TikTok.

2. **Order Expedited Discovery** of raw backend streaming logs from all Defendant platforms.

3. **Award Statutory Damages** exceeding $100,000,000 for willful copyright infringement and financial fraud.

**Respectfully submitted,**

Prose/ Ok-gu, Park

boringgrout@naver.com

+82-10-8381-0392

Dated: March 30, 2026