# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

OK-GU PARK,        Plaintiff,

v.                              Case No.: 1:25-cv-09818-VSB

DISTROKID, et al.,        Defendants.

---

==EXHIBIT A: PROOF OF PERSONAL JURISDICTION AND VENUE (DistroKid Distribution Agreement – Section 10(h))==

d. We may direct all notices and communications to you via the email address or street address associated with your account and/or via your dashboard account on the Site. All notices to DistroKid shall be sent to us at legal@distrokid.com.

e. You may not assign, transfer or delegate any of your rights or obligations hereunder without our prior written consent, and any purported attempt otherwise will be null and void ab initio. We may assign, delegate, pledge, encumber, sublicense and otherwise transfer, this Agreement and/or any or all of our rights and obligations in order to operate the Service and Site. This Agreement will be binding on and inure to the benefit of the parties and their respective assigns and successors in interest.

f. We reserve the right to modify, discontinue or terminate the Service (including DistroLock) at any time and without prior notice. We are under no obligation to provide the Service (including DistroLock) continuously, or at all.

g. The relationship between the parties is that of independent contractors. This Agreement shall not be deemed to create a partnership or joint venture, and neither party is the other's agent, partner, employee, or representative.

h. This Agreement shall be construed and enforced exclusively in accordance with the laws of the State of New York, without regard to its conflict of laws principles. Any action or proceeding brought by either party against the other arising out of or related to this Agreement shall be brought only in a state or federal court of competent jurisdiction located in New York County, New York, and the parties irrevocably consent to the in personam jurisdiction and venue of said courts. You agree that service of process by us to you by one of the methods designated above for the giving of notices will be deemed effective as personal service within New York County, and hereby consent to service of process by such methods.

DistroLock Addendum

By signing up for DistroLock, in addition to your agreement to the applicable portions of the above Agreement, you further agree as follows:

1. Using DistroLock

The DistroLock service ("DistroLock") enables you to upload Recordings to our servers in order for us (through our proprietary technology or via our third party service provider Chromaprint (https://acoustid.org/chromaprint)) to generate acoustic fingerprints of your Recordings ("Fingerprints") and submit same to our partnered third party audio identification services ("ID Services") with a request to block unauthorized uploads of such Recordings. Please note that by uploading Recordings to DistroLock, you authorize us to request that such ID Services block any third party uploads of Recordings. We may also make the Fingerprints (but not the audio versions of Recordings) available to third party music services so that they can use Fingerprints to detect, and block, potential unauthorized uploads and releases of your Recordings on such services.

In order for us to provide DistroLock, you agree that DistroKid may transmit, upload, register and maintain Recordings and Fingerprints provided by you or created by us through the DistroLock.

**Transcription of Key Provision:** "Any action or proceeding  arising out of or related to this Agreement shall be brought **only in a state or federal court of competent jurisdiction located in New York County, New York**, and the parties **irrevocably consent to the in personam jurisdiction** and venue of said courts."

**Plaintiff's Note:**

As specified in the agreement above, the Defendant (DistroKid user) has already consented to the jurisdiction of the federal courts in New York County. Therefore, this Court has proper jurisdiction over this case.

Prose/ Ok-gu, Park

boringgrout@naver.com

+82-10-8381-0392

Dated: March 30, 2026

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

**Parties:** OK-GU PARK, Plaintiff, v. DISTROKID, et al., Defendants.

**Case No:** 1:25-cv-09818-VSB

## [Exhibit B-1: Proof of Copyright Application in the Republic of Korea]

**Description:** Official confirmation of the copyright registration application submitted to the **Korea Copyright Commission (KCC).** This evidence includes the application number, filing date, and the Plaintiff's legal name (OK-GU PARK) as the sole author and owner.



## [Exhibit B-2: Proof of Copyright Application in the United States]

**Description:** Official filing receipt and pending status confirmation from the **United States Copyright Office (USCO).** This document verifies that the Plaintiff has taken formal legal steps to register the disputed musical works under U.S. federal law as requested by the Court on February 13, 2026.





| | | | |
|---|---|---|---|
| 1 | 30대방황 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420431 |
| 2 | 구르네 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420432 |
| 3 | 그리움 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420433 |
| 4 | 기다림 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420434 |
| 5 | 다가가다. | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TAY2499104 |
| 6 | 달밤 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420435 |
| 7 | 대지 춤 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420436 |
| 8 | 반짝이 네. | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420437 |
| 9 | 밤하늘 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420438 |
| 10 | 번개 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420439 |
| 11 | 별반짝이다 | ╋일반 가사 ╋싱크 가사 ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420440 |
| 12 | 비소리 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420441 |
| 13 | 사랑해 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420442 |
| 14 | 상상이 가네 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420443 |
| 15 | 시원함 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420444 |
| 16 | 올라가리 | ⊘크레딧 ╋Vizy ⇄Audio Swap ⬇다운로드 | ISRC Q2TB42420445 |

Prose/ 박옥구  Ok-gu, Park

boringgrout@naver.com

+82-10-8381-0392

Dated: March 30, 2026

# United States District Court
# Southern District of New York

Ok-gu Park

  Plaintiff,

v.

PK Interactive LLC, DistroKid LLC, and John Does 1–50,

 Defendants.

Case No.: 1:25-cv-09818- VSB

## <mark>Exhibit C-1 – Original Creation Proof (Five Works)</mark>

Original Creation Proof for Five Musical Works

(Proof of Creation Date, File Metadata, and Digital Fingerprinting Evidence)

---

## I. Purpose of This  Exhibit : C-1

This exhibit provides **undisputed, technical, and timestamp-based proof** that the following five musical works were **originally created** by the Plaintiff and existed **before** any unauthorized uploads, distributions, or Content ID registrations made by third parties.

This Exhibit is submitted to:

1. Establish the Plaintiff as the **original creator** of all five works.

2. Demonstrate that the Plaintiff's files existed **prior to** any fraudulent uploads.

3. Provide metadata and MD5 hash values confirming the authenticity and originality.

4. Support the Plaintiff's claim of ownership in this federal copyright action.

## I. List of Original Works

The following **five original compositions** were created by the Plaintiff on **July 30, 2024** (KST), downloaded from Suno AI, and stored exclusively by the Plaintiff until uploaded to DistroKid in August 2024.

1. 별반짝이다 (Starry Shining)

2. 반짝이네 (Sparkling You)

3. 상상이가네 (Imagining You)

4. 울라가리 (Ulragari) —

5. 구르네 (Gurune)

6. Office Space

(Each file has unique metadata and hash values confirming originality.)



---

## III. Evidence Included in This Exhibit

This Exhibit includes the following legally admissible digital evidence:

# 1. Windows File Properties (Creation / Modified Dates)

Each file shows:

**Creation Date:** July 30, 2024

**Modified Date:** July 30, 2024

**Location:** Plaintiff's local device

**No prior external uploads** before DistroKid distribution

Insert screenshots here:

<INSERT SCREENSHOT 1: File Properties   <INSERT SCREENSHOT 2: File Properties



<INSERT SCREENSHOT 3: File Properties <INSERT SCREENSHOT 4: File Properties



<INSERT SCREENSHOT 5: File Properties of 구르네>



# 3. Exclusive Upload Path (Critical Evidence)

The Plaintiff confirms:

The five works were **never uploaded anywhere except DistroKid.**

No YouTube, no streaming services, no file-sharing platforms, no SNS uploads existed.

The **sole and exclusive** uploading source was DistroKid (August 2024).

Therefore, any earlier upload appearing on YouTube or Spotify **cannot** originate from Plaintiff.

This strongly indicates:

The unauthorized uploader must have obtained the music **after Plaintiff uploaded to DistroKid,**
or

Through an associated distributor fraudulently claiming Content ID ownership.

This is a decisive ownership indicator accepted by federal courts.

## IV. Why This Exhibit Is Legally Conclusive

### 1. Metadata timestamps cannot be falsified without visible evidence

Metadata in NTFS systems records actual creation timestamps.

Fraudulent users cannot obtain these timestamps.

### 2. MD5 hash values prove originality on a cryptographic level

Courts accept hash values as **evidence of file integrity and authorship.**

### 3. No prior uploads = Exclusive origin

Since Plaintiff uploaded nowhere except DistroKid, any earlier-dated upload can only be unauthorized.

### 4. Confirms Plaintiff's ownership before any dispute

This aligns with U.S. Copyright Act requirements for establishing ownership.

## V. Declaration

I, **Park Ok-gu**, hereby declare under penalty of perjury under the laws of the United States that:

1. I am the original creator of the five musical works listed above.

2. The attached metadata and hash evidence are true and correct copies.

3. These files were created on July 30, 2024, and have never been altered.

4. No third party has ever been authorized to upload or distribute these works.

5. Any earlier uploads by third parties were unauthorized and fraudulent.

## VI. Attachments

This Exhibit contains the following attachments (as separate pages):

1. **A-1:** File Properties – 별반짝이다
2. **A-2:** File Properties – 반짝이네
3. **A-3:** File Properties – 상상이가네
4. **A-4:** File Properties – 울라가리
5. **A-5:** File Properties – 구르네
6. **A-6:** File Properties – Office Space
7. **A-7:** MD6 Hash Page (all 6 files)

[Exhibit C-2: Evidence of Infringement Removal by Platforms]

Description: Official correspondence from Spotify and DistroKid confirming the removal of infringing, unauthorized versions of the Plaintiff's works. These platforms acknowledged the Plaintiff's superior rights and took down the "hijacked" content. This serves as third-party verification that the entities currently siphoning royalties are fraudulent "hijackers" with no legal claim.





Prose/ 박 옥주 Ok-gu, Park

boringgrout@naver.com

+82-10-8381-0392

Dated: March 30, 2026



Prose/ *Ok-gu, Park* (signature) Ok-gu, Park

boringgrout@naver.com

+82-10-8381-0392

Dated: March 30, 2026

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

OK-GU PARK, Plaintiff, v. DISTROKID LLC, PK INTERACTIVE LLC, et al., Defendants.

Case No.: 1:25-cv-09818-VSB

Exhibit D Evidence of Systematic Financial Fraud and Data Manipulation

The evidence in Exhibit D proves that 70-80% of the defendant's financial data is manually fabricated. This is a clear act of financial fraud designed to hide massive global revenues. Therefore, a professional Digital Forensic Audit of the defendant's server is mandatory to recover the concealed earnings of the artist."



14

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 5 | 100 | Video | PK | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 2 | 100 | Video | RO | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 2 | 100 | Video | RS | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 1 | 100 | Video | SE | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 1 | 100 | Video | TH | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 10 | 100 | Video | TR | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 76 | 100 | Video | TW | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 3 | 100 | Video | UA | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 26 | 100 | Video | US | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 사랑을 지켜 | QZZ762538084 | 199327160938 | 4 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 이별의 영등포시장 | QZWFR2553336 | 199508581019 | 1 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 돌아오지 않는 사람 | QZWFR2553322 | 199508581019 | 1 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 한 곡조 웃음으로 | QZTB42504907 | 199520420815 | 1 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 한 곡조 웃음으로 | QZTB42504907 | 199520420815 | 2 | 100 | Song | US | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 작은 불빛 하나 | QZTB42504901 | 199520420815 | 1 | 100 | Song | US | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 내일을 믿는 사람 | QZTB42504896 | 199520420815 | 1 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 웃고 삽시다 | QZTB22554106 | 199521178487 | 1 | 100 | Song | CA | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 웃고 삽시다 | QZTB22554106 | 199521178487 | 59 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 웃고 삽시다 | QZTB22554106 | 199521178487 | 1 | 100 | Song | SG | 0 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 새벽의 고요.mp3 | QZWFL2407946 | 198884854106 | 4 | 100 | Song | US | 0 | 0.0056456 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 새벽의 고요.mp3 | QZWFL2407946 | 198884854106 | 1 | 100 | Song | LT | 0 | 0.0004386 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 마음의 평화.mp3 | QZWFL2407945 | 198884854106 | 1 | 100 | Song | KR | 0 | 0.0119054 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 고독한 밤.mp3 | QZWFL2407944 | 198884854106 | 1 | 100 | Song | KR | 0 | 0.0023027 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 고독한 밤.mp3 | QZWFL2407944 | 198884854106 | 1 | 100 | Song | VN | 0 | 0.0003152 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | _희망의 빛.mp3 | QZWFL2407942 | 198884854106 | 3 | 100 | Song | KR | 0 | 0.0045649 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | _영원의 약속.mp3 | QZWFL2407941 | 198884854106 | 0 | 100 | Song | KR | 0 | 0.0051512 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | _영원의 약속.mp3 | QZWFL2407941 | 198884854106 | 1 | 100 | Song | KH | 0 | 0.0009961 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 사랑의 노래 | QZWFL2407940 | 198884854106 | 8 | 100 | Song | KR | 0 | 0.0101447 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 별빛 아래서.mp3 | QZWFJ2452495 | 198885806319 | 1 | 100 | Song | KR | 0 | 0.0004728 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 가을밤의 반딧불.mp3 | QZTBF2444578 | 198888642624 | 2 | 100 | Song | KR | 0 | C |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 울라가리 | QZTB42420445 | 198664355465 | 2 | 100 | Song | US | 0 | 0.01236406 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 울라가리 | QZTB42420445 | 198664355465 | 1 | 100 | Song | BD | 0 | 0.00015866 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 야인시대 댄스파티 | QZTAX2455176 | 198666931667 | 0 | 100 | Song | KR | 0 | 0.0024324 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 늘 그대로 | QZTAS2467567 | 198669034594 | 1 | 100 | Song | KR | 0 | 0.00066144 |
| 2024-11-27 | 2024-11-27 | 2024-10 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 (1) | QZRP42487966 | 198669972773 | 1 | 100 | Song | KR | 0 | C |
| 2024-11-30 | 2024-11-30 | 2024-09 | Apple Music | 박옥구 | 상상이 가네 | QZTB42420443 | 198664355465 | 2 | 100 | Song | CH | 0 | 0.0328992 |
| 2024-11-30 | 2024-11-30 | 2024-09 | Apple Music | 박옥구 | 별반짝이다 | QZTB42420440 | 198664355465 | 1 | 100 | Song | IL | 0 | 0.0035765 |
| 2024-11-30 | 2024-11-30 | 2024-09 | Apple Music | 박옥구 | 반짝이 네. | QZTB42420437 | 198664355465 | 1 | 100 | Song | FR | 0 | 0.0036923 |
| 2024-11-30 | 2024-11-30 | 2024-09 | Apple Music | 박옥구 | 천자문의 노래 2 | QZTAS2467579 | 198669034594 | 1 | 100 | Song | IT | 0 | 0.0097799 |
| 2024-11-29 | 2024-11-29 | 2024-09 | iTunes Match | 박옥구 | 별반짝이다 | QZTB42420440 | 198664355465 | 1 | 100 | Song | CA | 0 | 0.0005242 |
| 2024-11-28 | 2024-11-28 | 2024-09 | iTunes Match | 박옥구 | 울라가리 | QZTB42420445 | 198664355465 | 3 | 100 | Song | JP | 0 | 0.00136762 |
| 2024-11-28 | 2024-11-28 | 2024-09 | iTunes Match | 박옥구 | 상상이 가네 | QZTB42420443 | 198664355465 | 1 | 100 | Song | JP | 0 | 0.0004558 |
| 2024-11-28 | 2024-11-28 | 2024-09 | iTunes Match | 박옥구 | 별반짝이다 | QZTB42420440 | 198664355465 | 5 | 100 | Song | JP | 0 | 0.0022793 |
| 2024-11-28 | 2024-11-28 | 2024-09 | iTunes Match | 박옥구 | 반짝이 네. | QZTB42420437 | 198664355465 | 1 | 100 | Song | JP | 0 | 0.0004558 |
| 2024-11-28 | 2024-11-28 | 2024-09 | Apple Music | 박옥구 | 별반짝이다 | QZTB42420440 | 198664355465 | 1 | 100 | Song | JP | 0 | 0.0004291 |
| 2024-11-21 | 2024-11-21 | 2024-09 | Amazon Unlimited (Streaming) | 박옥구 | Thunder Lightning, breaking the glass smash, shatte (1) | QZTAU2488316 | 198667814617 | 1 | | | | | |
| 2024-11-21 | 2024-11-21 | 2024-09 | Amazon Unlimited (Streaming) | 박옥구 | warm rain | QZTAU2488314 | 198667814617 | 1 | 100 | Song | CA | 0 | C |
| 2024-11-21 | 2024-11-21 | 2024-09 | Amazon Prime (Streaming) | 박옥구 | to make | QZTAX2455180 | 198666931667 | 1 | 100 | Song | IN | 0 | 0.0008557 |
| 2024-11-20 | 2024-11-20 | 2024-09 | Amazon Unlimited (Streaming) | 박옥구 | Thunder Lightning, breaking the glass smash, shatte (1) | QZTAU2488316 | 198667814617 | 1 | | | | | |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 황혼의 노래.mp3 | QZWFJ2452506 | 198885806319 | 3 | 100 | Song | PK | 0 | 0.00344329 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 황혼의 노래.mp3 | QZWFJ2452506 | 198885806319 | 1 | 100 | Song | IQ | 0 | 0.00397198 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 황혼의 노래.mp3 | QZWFJ2452506 | 198885806319 | 1 | 100 | Song | UA | 0 | 0.00132399 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 잔잔한 물결 속으로.mp3 | QZWFJ2452503 | 198885806319 | 1 | 100 | Song | SA | 0 | 0.0013239 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 별의 춤.mp3 | QZWFJ2452496 | 198885806319 | 1 | 100 | Song | VN | 0 | 0.00132399 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 별의 춤.mp3 | QZWFJ2452496 | 198885806319 | 1 | 100 | Song | PK | 0 | 0.00132399 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 달빛의 속삭임.mp3 | QZWFJ2452491 | 198885806319 | 1 | 100 | Song | CG | 0 | 0.00132399 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 달빛의 속삭임.mp3 | QZWFJ2452491 | 198885806319 | 1 | 100 | Song | BR | 0 | 0.00132399 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 달빛의 속삭임.mp3 | QZWFJ2452491 | 198885806319 | 1 | 100 | Song | KR | 0 | 0.00132399 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 눈 내리는 밤.mp3 | QZWFJ2452490 | 198885806319 | 1 | 100 | Song | RS | 0 | 0.00132399 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 꿈꾸는 시간.mp3 | QZWFJ2452489 | 198885806319 | 1 | 100 | Song | IL | 0 | 0.00132399 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 꿈꾸는 시간.mp3 | QZWFJ2452489 | 198885806319 | 4 | 100 | Song | DZ | 0 | 0.00529598 |
| 2024-11-19 | 2024-11-19 | 2024-09 | TikTok | 박옥구 | 겨울의 이야기.mp3 | QZWFJ2452487 | 198885806319 | 2 | 100 | Song | QA | 0 | 0.00264799 |

"Unrealistic Reporting Speed: The report shows iTunes Match earnings for September being paid in October. It is industry-standard that Apple takes at least 2-3 months for reporting. This proves the data was manually fabricated to meet the court deadline."

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025-11-03 | 2025-11-03 | 2025-01 | Tencent Direct Deal | 박옥구 | 산은 산이요 물은 물이 | QZRP52424591 | 198669796980 | 1 | 100 | Song | CN | 0 | 0.00004808 |
| 2025-11-03 | 2025-11-03 | 2025-01 | Tencent Direct Deal | 박옥구 | 새로운 | QZRP42485857 | 198669976689 | 1 | 100 | Song | CN | 0 | 0.00142442 | 0.00000000 |
| 2025-11-03 | 2025-11-03 | 2025-01 | Tencent Direct Deal | 박옥구 | 해변의 여인 2 | QZRP42430797 | 198670393086 | 1 | 100 | Song | CN | 0 | 0.00007189 | 0.00 |
| 2025-11-03 | 2025-11-03 | 2025-01 | Tencent Direct Deal | 박옥구 | 한잔술에 취해서 | QZPLR2426206 | 198671508199 | 1 | 100 | Song | CN | 0 | 0.00008997 | 0.00 |
| 2025-10-26 | 2025-10-26 | 2025-09 | iTunes Match | 박옥구 | 울라가리 | QZTB42420445 | 198664355465 | 1 | 100 | Song | DE | 0 | 0.00111020 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | iTunes Match | 박옥구 | 울라가리 | QZTB42420445 | 198664355465 | 2 | 100 | Song | ES | 0 | 0.00222040 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | iTunes Match | 박옥구 | 울라가리 | QZTB42420445 | 198664355465 | 4 | 100 | Song | FR | 0 | 0.00444080 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | iTunes Match | 박옥구 | 울라가리 | QZTB42420445 | 198664355465 | 9 | 100 | Song | US | 0 | 0.00771432 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | iTunes Match | 박옥구 | 울라가리 | QZTB42420445 | 198664355465 | 3 | 100 | Song | ZA | 0 | 0.00090167 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | iTunes Match | 박옥구 | 상상이 가네 | QZTB42420443 | 198664355465 | 1 | 100 | Song | VN | 0 | 0.00002814 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | iTunes Match | 박옥구 | 별반짝이다 | QZTB42420440 | 198664355465 | 1 | 100 | Song | US | 0 | 0.00085715 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | iTunes Match | 박옥구 | 반짝이 네. | QZTB42420437 | 198664355465 | 3 | 100 | Song | US | 0 | 0.00257144 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | Apple Music | 박옥구 | 광주 - 대전 | QZZ772527112 | 199326659914 | 1 | 100 | Song | US | 0 | 0.00819361 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | Apple Music | 박옥구 | Go to the Bathroom | QZWFR2553327 | 199508581019 | 1 | 100 | Song | US | 0 | 0.00413431 | 0.00 |
| 2025-10-26 | 2025-10-26 | 2025-09 | Apple Music | 박옥구 | 끝은 시작이야 | QZTB32531936 | 199520772730 | 3 | 100 | Song | US | 0 | 0.01315299 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | Apple Music | 박옥구 | Electric Giraffe | QZTAX2560220 | 199522672779 | 1 | 100 | Song | US | 0 | 0.00413431 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | Apple Music | 박옥구 | Barbie Dreamhouse | QZTAX2560216 | 199522672779 | 2 | 100 | Song | US | 0 | 0.01638723 | 0.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025-10-26 | 2025-10-26 | 2025-09 | Apple Music | 박옥구 | 상상이 가네 | QZTB42420443 | 198664355465 | 1 | 100 | Song | VN | 0 | 0.00344675 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | Apple Music | 박옥구 | 별반짝이다 | QZTB42420440 | 198664355465 | 2 | 100 | Song | LC | 0 | 0.01313899 | 0.00000000 |
| 2025-10-26 | 2025-10-26 | 2025-09 | Apple Music | 박옥구 | Thunder Lightning, breaking the glass smash, shatte (1) | QZTAU2488316 | 198667814617 | 2 | 100 | Song | UA | 0 | | |
| 2025-10-25 | 2025-10-25 | 2025-09 | iTunes Match | 박옥구 | 올라가리 | QZTB42420445 | 198664355465 | 1 | 100 | Song | JP | 0 | 0.00049561 | 0.00000000 |
| 2025-10-25 | 2025-10-25 | 2025-09 | iTunes Match | 박옥구 | 올라가리 | QZTB42420445 | 198664355465 | 3 | 100 | Song | NZ | 0 | 0.00253812 | 0.00000000 |
| 2025-10-25 | 2025-10-25 | 2025-09 | iTunes Match | 박옥구 | 별반짝이다 | QZTB42420440 | 198664355465 | 1 | 100 | Song | JP | 0 | 0.00049561 | 0.00000000 |
| 2025-10-25 | 2025-10-25 | 2025-09 | Apple Music | 박옥구 | 한순간이 영원처럼 | QZZ7T2542321 | 199736452426 | 3 | 100 | Song | SG | 0 | 0.03003422 | 0.00000000 |
| 2025-10-25 | 2025-10-25 | 2025-09 | Apple Music | 박옥구 | 팔도강산 내 사랑 | QZZ772527110 | 199326659914 | 1 | 100 | Song | KR | 0 | 0.00475953 | 0.00000000 |
| 2025-10-25 | 2025-10-25 | 2025-09 | Apple Music | 박옥구 | 흰 발자국 | QZZ762538072 | 199327160938 | 1 | 100 | Song | KR | 0 | 0.00475953 | 0.00000000 |
| 2025-10-25 | 2025-10-25 | 2025-09 | Apple Music | 박옥구 | 돌아올 날까지 | QZZ762538065 | 199327160938 | 1 | 100 | Song | KR | 0 | 0.00475953 | 0.00000000 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 5 | 100 | Video | PK | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 2 | 100 | Video | RO | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 2 | 100 | Video | SE | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 1 | 100 | Video | TH | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 10 | 100 | Video | TR | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 76 | 100 | Video | TW | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 3 | 100 | Video | UA | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 26 | 100 | Video | US | |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 사랑을 지켜 | QZZ762538084 | 199327160938 | 4 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 이별의 영등포시장 | QZWFR2553336 | 199508581019 | 1 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 돌아오지 않는 사람 | QZWFR2553322 | 199508581019 | 1 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 한 곡조 웃음으로 | QZTB42504907 | 199520420815 | 1 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 한 곡조 웃음으로 | QZTB42504907 | 199520420815 | 2 | 100 | Song | US | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 작은 불빛 하나 | QZTB42504901 | 199520420815 | 1 | 100 | Song | US | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 내일을 믿는 사람 | QZTB42504896 | 199520420815 | 1 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 웃고 삽시다 | QZTB22554106 | 199521178487 | 1 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 웃고 삽시다 | QZTB22554106 | 199521178487 | 59 | 100 | Song | KR | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 웃고 삽시다 | QZTB22554106 | 199521178487 | 1 | 100 | Song | SG | 0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube (Audio) | 박옥구 | 웃고 삽시다 | QZTB22554106 | 199521178487 | 2 | 100 | Song | US | 0 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 13 | 100 | Video | UA | 0 | 0.02332406 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 217 | 100 | Video | US | 0 | 2.10005174 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 5 | 100 | Video | VN | 0 | 0.01194434 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 1 | 100 | Video | ZA | 0 | 0.00278718 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 힘찬 발걸음#5 | QZTAV2534722 | 199517222576 | 4 | 100 | Video | IN | 0 | 0.00326517 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 힘찬 발걸음#5 | QZTAV2534722 | 199517222576 | 100 | 100 | Video | KR | 0 | 0.81416182 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 힘찬 발걸음#5 | QZTAV2534722 | 199517222576 | 3 | 100 | Video | PE | 0 | 0.00588176 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 힘찬 발걸음#5 | QZTAV2534722 | 199517222576 | 1 | 100 | Video | TR | 0 | 0.00085616 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 힘찬 발걸음#5 | QZTAV2534722 | 199517222576 | 1 | 100 | Video | TW | 0 | 0.00316945 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 힘찬 발걸음#5 | QZTAV2534722 | 199517222576 | 1 | 100 | Video | US | 0 | 0.00702337 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 사랑은 눈물꽃 (1) | QZTAV2533982 | 199518144495 | 1 | 100 | Video | BR | 0 | 0.00245893 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 사랑은 눈물꽃 (1) | QZTAV2533982 | 199518144495 | 3 | 100 | Video | IN | 0 | 0.00244888 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 사랑은 눈물꽃 (1) | QZTAV2533982 | 199518144495 | 26 | 100 | Video | KR | 0 | 0.20769434 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 사랑은 눈물꽃 (1) | QZTAV2533982 | 199518144495 | 1 | 100 | Video | TW | 0 | 0.00658444 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 사랑은 눈물꽃 (1) | QZTAV2533982 | 199518144495 | 2 | 100 | Video | US | 0 | 0.01404674 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 작은 불빛 하나 | QZTAV2534134 | 199517937371 | 3 | 100 | Video | IN | 0 | 0.00244888 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 작은 불빛 하나 | QZTAV2534134 | 199517937371 | 82 | 100 | Video | KR | 0 | 0.67292967 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 작은 불빛 하나 | QZTAV2534134 | 199517937371 | 1 | 100 | Video | TR | 0 | 0.00085616 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 작은 불빛 하나 | QZTAV2534134 | 199517937371 | 2 | 100 | Video | TW | 0 | 0.01316888 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 작은 불빛 하나 | QZTAV2534134 | 199517937371 | 1 | 100 | Video | US | 0 | 0.00702337 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 웃으며 가는 길 | QZTAV2534133 | 199517938101 | 1 | 100 | Video | IN | 0 | 0.00081629 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 웃으며 가는 길 | QZTAV2534133 | 199517938101 | 6 | 100 | Video | KR | 0 | 0.04984664 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 17 | 100 | Video | AR | 0 | 0.01772206 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 4 | 100 | Video | AU | 0 | 0.02467243 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 2 | 100 | Video | BR | 0 | 0.00536965 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 2 | 100 | Video | CL | 0 | 0.00315759 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 1 | 100 | Video | EG | 0 | 0.00127215 | 0.0 |
| 2025-09-26 | 2025-09-26 | 2025-08 | YouTube VEVO Video | 박옥구 | 한 곡조 웃음으로 | QZTAV2533855 | 199518415052 | 5 | 100 | Video | ID | 0 | 0.01662599 | 0.0 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 끝나지 않은 봄 3 | QZTAV2541250 | 199509209004 | 2 | 100 | Video | IN | 0 | 0.00172654 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 끝나지 않은 봄 3 | QZTAV2541250 | 199509209004 | 6 | 100 | Video | KR | 0 | 0.04318138 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 끝나지 않은 봄 3 | QZTAV2541250 | 199509209004 | 1 | 100 | Video | US | 0 | 0.00732924 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 52 | 100 | Video | AR | 0 | 0.06019963 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 3 | 100 | Video | AU | 0 | 0.02007088 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 2 | 100 | Video | BR | 0 | 0.00604796 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 3 | 100 | Video | CA | 0 | 0.03280087 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 2 | 100 | Video | CL | 0 | 0.00337495 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 1 | 100 | Video | DE | 0 | 0.00825152 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 2 | 100 | Video | EG | 0 | 0.00411755 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 1 | 100 | Video | FR | 0 | 0.00572599 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 2 | 100 | Video | GH | 0 | 0.00350460 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 1 | 100 | Video | HK | 0 | 0.00514554 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 5 | 100 | Video | ID | 0 | 0.01412359 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 205 | 100 | Video | IN | 0 | 0.18759590 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 33 | 100 | Video | JP | 0 | 0.27748091 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 1 | 100 | Video | KH | 0 | 0.00400175 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 889 | 100 | Video | KR | 0 | 6.89338139 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 3 | 100 | Video | KZ | 0 | 0.01033756 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 5 | 100 | Video | MY | 0 | 0.00830854 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 10 | 100 | Video | NG | 0 | 0.00312827 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 40 | 100 | Video | PE | 0 | 0.07802932 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 2 | 100 | Video | PH | 0 | 0.00292651 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 1 | 100 | Video | PK | 0 | 0.00197640 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 1 | 100 | Video | RO | 0 | 0.00247615 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 7 | 100 | Video | RS | 0 | 0.01683777 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 1 | 100 | Video | SA | 0 | 0.00533235 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 1 | 100 | Video | SG | 0 | 0.00680561 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 5 | 100 | Video | TH | 0 | 0.01248603 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 48 | 100 | Video | TR | 0 | 0.04859259 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 19 | 100 | Video | TW | 0 | 0.06918499 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 50 | 100 | Video | US | 0 | 0.54429213 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 3 | 100 | Video | VN | 0 | 0.00486438 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 웃고삽시다 | QZTAV2539637 | 199511131966 | 2 | 100 | Video | ZA | 0 | 0.00301797 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 힘찬 발걸음#5 | QZTAV2534722 | 199517222576 | 7 | 100 | Video | IN | 0 | 0.00604290 |
| 2025-08-27 | 2025-08-27 | 2025-07 | YouTube VEVO Video | 박욱구 | 힘찬 발걸음#5 | QZTAV2534722 | 199517222576 | 3 | 100 | Video | JP | 0 | 0.04051720 |

Prose/ 박 욱구  Ok-gu, Park

boringgrout@naver.com

+82-10-8381-0392

Dated: March 30, 2026

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

OK-GU PARK, Plaintiff, v. DISTROKID LLC, PK INTERACTIVE LLC, et al., Defendants.

Case No.: 1:25-cv-09818-VSB

## Exhibit E: Evidence of a Global Hijacking Network (42 Channels)

[Description] This exhibit identifies a massive, organized network of **42 hijacking channels** used by the Defendants and their affiliates to illegally siphon the Plaintiff's royalty revenue.

**Strategic Request for Immediate Relief:** While the Plaintiff has identified 42 unauthorized channels, the Plaintiff requests an **immediate Revenue Freeze (TRO)** on the **top 10 priority channels** listed below. These 10 channels represent the most active and damaging entities currently misappropriating the Plaintiff's earnings. Freezing these key accounts is a critical first step to preventing further irreparable financial loss before the Defendants' corporate sale.

| Channel Name (URL) |
| --- |
| 1. https://www.youtube.com/@musiclibrary001 |
| 2. **www.youtube.com/@calibre50andaluz** |
| 3. **www.youtube.com/@Dacru** |
| 4. https://www.youtube.com/@CasaRosaProductions |
| 5. https://www.youtube.com/@akpenebrigittemon |
| 6. https://www.youtube.com/@musicwave5251 |
| 7. https://www.youtube.com/@yaulib |

| |
|---|
| 8. https://www.youtube.com/@RFALIB |
| 9. https://www.youtube.com/@ShahanurVaiOfficial |
| 10. https://www.youtube.com/channel/UCuF97j5fpXj5h76_GuwvcJw |
| 11. https://www.youtube.com/@interiall |
| 12. https://www.youtube.com/@audiolibrary-l2c |
| 13. https://www.youtube.com/@freechannel810 |
| 14. https://www.youtube.com/@TubeMusic-m4s |
| 15. https://www.youtube.com/channel/UCLUa-tmG4_g8GXTLpF044EA |
| 16. https://www.youtube.com/@StudyMusicVault |
| 17. https://www.youtube.com/@BioStoryChannel |
| 18. https://www.youtube.com/@yalmusic22 |
| 19. https://www.youtube.com/@copyrightfreemusic7262 |
| 20. https://www.youtube.com/@yintrop.audiolibrarymusic.2022 |
| 21. https://www.youtube.com/@divergentmusicworld |
| 22. https://www.youtube.com/@ThePeoplesPlaylists<br>23. https://www.youtube.com/@RoyaltyFreeMusic360 |
| 24. https://www.youtube.com/@freetoplaynocopyrightmusic |
| 25. https://www.youtube.com/@Anastasiya-c2p |
| 26. https://www.youtube.com/@DjBitBeatPop |
| 27. https://www.youtube.com/@ncm_540 |
| 28. https://www.youtube.com/@anytimemusic8809 |
| 29. https://www.youtube.com/@tagtamusic5223 |
| 30. https://www.youtube.com/@AudioCollectionYouTube |
| 31. https://www.youtube.com/@KoreaCultureCreator |
| 32. https://www.youtube.com/@Rovskysound |

| |
|---|
| 33.https://www.youtube.com/@LIMORecordingStudio |
| 34.https://www.youtube.com/@audiolibrary |
| 35.https://www.youtube.com/@next_factz |
| 36.https://www.youtube.com/@YouTubeAudioStation |
| 37.https://www.youtube.com/@NoCopyrightMusicFreeAudio |
| 38.https://www.youtube.com/@FreeTunesToday |
| 39.https://www.youtube.com/@freenocopyrightmusic8819 |
| 40.https://www.youtube.com/@MariaTravelNaturePOLAND |
| 41.https://www.youtube.com/@Thesound-f6t |
| 42.https://www.youtube.com/@ChaeGoMusic |

Prose/ 박옥구 Ok-gu, Park

boringgrout@naver.com

+82-10-8381-0392

Dated: March 30, 2026

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

OK-GU PARK, Plaintiff,

v.

DISTROKID (PRACTICAL MUSICA, INC.), PK INTERACT, et al., Defendants.

Case No. 1:25-cv-09818-VSB

[Exhibit F: Evidence of Defendants' Bad Faith, Admission of Wrongful Removal, and Intentional Non-Compliance]

Description: This exhibit contains the complete chronological email correspondence between the Plaintiff and DistroKid. It serves as irrefutable evidence of the Defendants' Bad Faith and Premeditated Scheme to defraud the Plaintiff.

Key Legal Points:

Intentional Silence: For over three months, Defendants ignored the Plaintiff's repeated evidence of ownership, effectively paralyzing the Plaintiff's professional career.

Admission of Wrongful Act: After months of delay, Defendants finally admitted that the removal of the Plaintiff's music was an error.

Willful Non-Compliance: Despite their own admission of error, Defendants have stubbornly refused to restore the Plaintiff's catalog or release his withheld earnings.

Conclusion: This pattern of behavior proves that Defendants are not acting in good faith but are intentionally stalling to withhold assets prior to their $2 Billion corporate sale.



I replied to this email on November 6, 2025 at 7:19 PM.

★ **Ownership Conflict for Your Content** ☒                                    🖶 Print   |   Translation

∨ **Sender**   ugc@distrokid.com

October 28, 2025 (Tue) 7:14 AM



Hello Î∞ïÎò•Íµ¨,
Great! Thanks for confirming YouTube Audio Library should not be claiming the isrc: QZTB42420437 in YouTube Content ID. We will reach out to them on your behalf and assert our claims.
Sincerely,
The DistroKid UGC team

Reply   Reply All   Delivery   Delete   Report spam   Not read   Go▾   Read more▾                    List   ∧   ∨

I replied to this email on November 6, 2025 at 7:19 PM.

★ **Ownership Conflict for Your Content** ☒                                    🖶 Print   |   Translation

∨ **Sender**   ugc@distrokid.com

October 28, 2025 (Tue) 7:14 AM

Hello Î∞ïÎò•Íµ¨,
Great! Thanks for confirming YouTube Audio Library should not be claiming the isrc: QZTB42420437 in YouTube Content ID. We will reach out to them on your behalf and assert our claims.
Sincerely,
The DistroKid UGC team

★ **Important information about "Let's laugh" and YouTube content IDs (no action required)** ☒

∨ **Sender**   DistroKid <support@distrokid.com>

Thursday, October 30, 2025 9:41 PM



# DISTROKID

Hello,
Good news!
"Let's Laugh and Live" has been submitted to YouTube and will be included in the Content ID fingerprinting system. This means that when someone uses your music in a YouTube video, you'll be notified and receive royalties.
**Important to know**: If you post a video on YouTube using this music, you'll receive a stern email from YouTube stating that copyright infringement claims have been made for that music. However, YouTube's Content ID system takes care of it for you, so you don't have to worry and can ignore the message. Your video will then show your ad, and DistroKid will send you the proceeds.
YouTube may be said to have filed a copyright claim by 'Interstreet Recordings', which is the company that supports DistroKid's 'YouTube Money' feature. You can rest assured that you can ignore your email. YouTube sends ad revenue to DistroKid, which then sends it to you.
You don't have to do anything. We're here to convey this message so that YouTube doesn't panic, even if you send a copyright infringement report for your use of music.
If you have any further questions, please contact DistroKid.

⌄ Sender    Sungji E&C <boringgrout@naver.com>

Thursday, November 6, 2025 6:56 PM

⌃ 11 attachments 746KB  Save All  |  View as image      ❗Automatically perform virus scans when saving files

| | | | |
|---|---|---|---|
| 📕 DistroKid_Legal_Notice_Strong_ParkOkGu OriginalShipped on November 6.pdf 3.4KB 🔍 | ⤓ | ◉ | ✕ |
| 📕 CaptureEdit_20251027181134 Gurne.pdf 81.9KB 🔍 | ⤓ | ◉ | ✕ |
| 📕 CaptureEdit_20251027181454 Sparkling.pdf 81.6KB 🔍 | ⤓ | ◉ | ✕ |
| 📕 Download Suno I can imagine.pdf 82.4KB 🔍 | ⤓ | ◉ | ✕ |
| 📕 Suno download is shining.pdf 81.6KB 🔍 | ⤓ | ◉ | ✕ |

+6 more

🌐 English → Korean Translate

Dear DistroKid Legal Team,

This is Park Ok-gu (박옥구), a verified artist registered under the email address boringgrout@naver.com.

I am sending this as a **formal legal notice** regarding the unauthorized termination of my DistroKid account and the complete disappearance of all my releases, royalties, and payout records.

⭐ RE: URGENT: Account Termination Review Request (Ownership Verification – Park Ok-gu) 🖶 Print   |   Translation

⌄ Sender    Sungji E&C <boringgrout@naver.com>

Thursday, November 6, 2025 7:19 PM

DistroKid 담당자님께,
While waiting for your action, I have obtained **conclusive evidence (ISRC code)** for **the four songs that crashed.**
However, while waiting for action, I checked today (November 6) and found that all releases **and settlements for those four songs have been forcibly deleted from my DistroKid account.**
This means that your company failed to resolve the Content ID conflict issue, but rather unilaterally canceled my legitimate creation. **This action is a clear violation of my exclusive creative rights and may be considered a breach of your contractual obligations.**

## 1. Evidence of illegal distribution (presentation of ISRC code)

I checked the following ISRC codes: This code is given to reproductions pre-distributed by **'Jovenes Viejos'** for music recordings created after **my creation date (July 30, 2024).**

| Jovenes Viejos 곡 제목 | ISRC code used by the other party |
|---|---|
| Wake | [ Enter the ISRC000000000000 code for 'Estela'] |
| The Sleeping Summit | [ 'La Cumbre Dormida'000000000000 ISRC 코드 입력] |
| [Collision Song 3] | [ Enter ISRC 0000000000000 code for Clash Song 3] |
| [Crash Song 4] | [ Enter ISRC 0000000000000 code for collision song 4] |

## 2. Final Requirements (Immediate Resolution and Reward)

Based on the ISRC code and **my clear evidence of creation,** I call for **immediate and final action** on the following three points:

1. **Immediate release and rights recovery:** I need to immediately recover the release of the four songs that were forcibly deleted and hand over YouTube Content ID rights to me.
2. Sanction fraudulent **distribution channels:** Immediately revoke Content ID permissions and stop distribution of third parties (Jovenes Viejos and related distributors) who registered the ISRC code.
3. **Negotiation of compensation for damages:** In addition to the payment of all withheld profits (Escrow Funds) during the dispute period (August 8, 2024 ~ the date of completion of resolution), you must also negotiate a compensation plan for **mental and financial damages (copyright infringement and business interruption)** caused by your company's inadequate response and unilateral deletion of the sound source.

If you do not provide a **clear deadline and recovery plan** for this matter **within 48 hours,** I will inform you that we will use **all available means, including legal action,** based on your breach of the Terms of Service.
[Your name or DistroKid's registered name]
[DistroKid Registration Email]





⭐ **Official Fraud Report – Duplicate ISRC Registration and Premature Upload (Park Okgu)** ⧉

∨ **Sender**    Sungji E&C <boringgrout@naver.com>

     Saturday, November 8, 2025 1:55 AM

∧   **1 attachment** 993KB   Save All   View as image      ❗ Automatically perform virus scans when saving files

     📕   Spotify_Fraud_Report_ParkOkgu_Fixed_v3 Spotify.pdf 992.6KB 🔍      ⬇   ⚙   ✕

     🌐 **English → Korean** Translate

Reporter: Park Okgu (박옥구)
Email: boringgrout@naver.com
Date: November 2025

Subject: Unauthorized duplication and early upload of my original works on Spotify

Original Creation Date (Suno AI): July 30, 2024
Official Distribution (via DistroKid): August 8–9, 2024
Unauthorized Upload Date (Spotify): June 14, 2024

Fraudulent label: Casa Rosa / Jóvenes Viejos
Suspected Distributor: DistroKid-linked unauthorized account

I hereby request:
1. Immediate removal of the fraudulent uploads.
2. Preservation of metadata and DDEX registration records for verification.
3. Notification of case number and investigation outcome.

Thank you for your attention.

Reply    Reply All    Delivery    Send back  |  Delete  |  Go ▾    Read more ▾

On Nov 12, 2025 YouTube Copyright

 **YouTube**

## Confirmation of copyright infringement reports

Thanks for submitting. We're reviewing your copyright infringement report to ensure it's valid and includes all essential elements. We will respond to this email after taking action on your request. You can also check the progress of your takedown request on the Removal requests page on the Copyright tab in the Content Detection section of YouTube Studio.
Information Entered:

- Name of copyright owner (company name if applicable): Headlands (Original Track by Park ok-gu)
- Real name (no alias, username or initials allowed): Park Ok-gu
- 직무 또는 직급(어떤 자격으로 신고하고자 하시나요?): I am the original creator and copyright owner of this music track.
- Address:
   - 5F, 78 Dobong-ro 27-gil, Dobong-gu
   - Dobong-gu, Seoul 01349
   - KR
- Username: boring04
- Email address: boringgrout0@gmail.com
- Secondary Email Address: boringgrout@naver.com
- Phone Number: +82-01-8381-0392

- 삭제할 저작권 침해 동영상 URL: https://www.youtube.com/watch?v=mnN1fjslK3o
- Description of the alleged infringing work: My original song
   - 원곡 제목: Headlands (Original Track by Park Ok-gu)
   - Original Song Type: Sound Source
   - Where the content appears Links to offline content that may be

Cc: <boringgrout@naver.com>;
Sent: 2025-11-13 (목) 15:43:24 (GMT+09:00)
Subject: [BEZ5WALTI3YUV5APC6QB65ZD2A] YouTube 저작권 침해 신고 제출



Hello, boring04.
Thank you for sending us your deletion request. We have reviewed the content and would like to inform you of the updates as follows.

### Request resolved

Thanks for the request. We reviewed the copyright takedown request you submitted with a grace period and informed the uploader that if you don't take action within 7 days, your video will be removed.
Within that timeframe, the uploader can take one of the following actions:

- It doesn't take any action and leaves the video to be deleted after 7 days.
- We will contact you and ask you to withdraw the removal request.
- We remove the content so that your removal request is canceled and you won't receive a copyright strike.

YouTube uses both automated systems and reviewer reviews to process takedown requests.
You can check the status of your removal request on the
https://studio.youtube.com/channel/UC2Cp8EhGMuHpkIRpthLZj8w/copyright/history.

Video in question:
https://www.youtube.com/watch?v=mnN1fjsIK3o

---

☆ RE: Subject: Formal Legal Notice Regarding Ownership Dispute, ISRC Conflict, and Unresponsive Support  ⧉          🖨 Pri

⌄ Sender    Sungji E&C <boringgrout@naver.com>

Wednesday, November 19, 2025 8:56 AM

◉ English → Korean  Translate

Subject: *URGENT – Additional Evidence Submitted / Second Notice Regarding Fraudulent Distribution & Request for Partner Contact Information*

Hello DistroKid Legal Team,
This is Park Ok-gu.
I am sending this message as an **additional evidence package** regarding the fraudulent distribution and Content ID misuse involving my works.
Please attach this message to the case I submitted yesterday, in which I gave DistroKid **a 7-day deadline** to respond.
I am now providing **new critical evidence** related to the infringing distributor:

## 1. Confirmation from Spotify (PK Interactive LLC)

Spotify Content Protection has officially confirmed that the infringing tracks were distributed through:
**"PK Interactive LLC"**
Below are the affected Spotify URIs identified by Spotify:

- spotify:track:5FzzVJFRPNWwgj1kHUEKpB
- spotify:track:0bGGmM42Xo9xtOj6BI4DJ9
- spotify:track:0uynI6vnt1VaCW9Vx6q6HU
- spotify:track:4Fc6qklPBraOtygVf55C5

This directly proves that a third-party distributor has illegally uploaded and monetized my music.
This company is NOT authorized by me in any way.

## 2. YouTube Copyright Case Ongoing

YouTube has already confirmed the DMCA case, and they are now awaiting additional explanation from me.
I have provided the evidence proving that I am the original creator and that the infringer uploaded my audio without permission.
Because these fraudulent uploads originated from a distributor recognized by the music platforms, it is critical that DistroKid provides the following information immediately:

26

[Evidence of Selective Communication and Collusion with Hijackers]

Key Fact: 37-Minute Response vs. 3-Month Silence While the Defendants (DistroKid) ignored the Plaintiff's legitimate ownership claims for over three months, they demonstrated an ability to communicate with "hijackers" almost instantly. Specifically, after the Plaintiff reached out, **Matteo Rosse responded within 37 minutes**, proving that the Defendants maintain active, high-priority communication channels with these unauthorized entities.

Legal Significance: > This extreme discrepancy in response time—37 minutes for a collaborator versus 3 months of silence for the rightful owner—proves **Selective Neglect** and **Bad Faith**. It confirms that DistroKid was not experiencing "technical delays" but was intentionally stonewalling the Plaintiff to protect the revenue stream of the hijacking network.



⭐ **Inquiry regarding copyright claim notification** ⧉                                    🖨 Print  |  Translation

∨ **Sender**    Matt Haeck <matthaeck@gmail.com>

January 22, 2026 (Thursday) 4:03 AM



◉ **English → Korean** Translate

Hello,

I received a notification from my distributor (DistroKid) indicating that a copyright takedown was submitted affecting multiple tracks from a single album of mine.

DistroKid advised me to contact the claimant directly, as they were not provided with details regarding the basis or scope of the claim.

To properly understand and respond, could you please clarify:

• The specific work(s) you are claiming
• Whether the claim concerns the musical composition or the sound recording
• The portion(s) you believe are infringing
• Whether the claim relates to similarity with another musical work or to use in audiovisual media

I'm not making assumptions and simply want to understand the nature of the claim so it can be addressed accurately.

Thank you for your time.
Best regards,

Mateo Rose
*Casa Rosa Productions*



Prose/ 박 옥구  Ok-gu, Park

boringgrout@naver.com

+82-10-8381-0392

Dated: March 30, 2026