UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

OK-GU PARK,

Plaintiff,

v.

DISTROKID, INC. et al.,

Defendants.

Case No. 1:25-cv-09818-VSB

> The Clerk of Court is respectfully directed to seal Docs. 32 and 33.
>
> SO ORDERED:
>
> *Vernon Broderick*
>
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE     4/10/2026

Motion to Seal (Doc. Nos. 32, 33) and Notice of Supplemental Exhibits (Doc. No. 32)

To the Honorable Judge Vernon S. Broderick,

I am OK-Gu PARK, the plaintiff in Case No. **1:25-cv-09818-VSB**. I am representing myself (Pro Se) and my native language is Korean. I respectfully submit this motion to protect my sensitive personal information and clarify the status of my filings.

**1. Motion to Seal for Privacy Protection (Doc. Nos. 32 and 33)** I inadvertently filed documents containing sensitive personal information that violates Federal Rule of Civil Procedure 5.2:

1

- **Doc. No. 32 (Supplemental Exhibits):** Contains my **full date of birth** and **registration numbers**.

- **Doc. No. 33 (Letter Motion):** Contains my **full bank account numbers** and **full date of birth** (on the Korea Copyright Association certificate).

I respectfully request the Court to **Seal** these documents (Doc. Nos. 32 and 33) to prevent further public access and allow me to substitute them with redacted versions.

**2. Clarification of Document No. 32 as Supplemental Exhibits** I also wish to clarify that **Document No. 32**, filed on April 6, is intended to be **Supplemental Exhibits** directly supporting my **Amended Complaint (Doc. No. 30)**. These exhibits provide critical evidence of the defendants' infringement. I ask the Court to officially link Doc. No. 32 to Doc. No. 30 for the record.

I apologize for these procedural errors due to my limited English and lack of legal representation. I am acting as quickly as possible to correct these issues.

Sincerely,

**Pro se /** 박옥구

**OK-Gu PARK** (Date: April 9, 2026)

2