# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

OK-GU PARK, Plaintiff,

v.

DISTROKID, et al., Defendants.

Case No.: 1:25-cv-09818-VSB

---

DECLARATION OF OK-GU PARK (Amended)

I, OK-GU PARK, declare as follows:

### A. Venue and Personal Jurisdiction (Regarding Defendants and Third-Party Discovery)

In compliance with the Court's Order (Doc. 38), I am submitting this Declaration to clarify the grounds for personal jurisdiction and the verification of my copyright ownership. Furthermore, to streamline the proceedings and focus on the primary liable parties, I have consolidated my claims into this Final Version of the Third Amended Complaint, specifically removing platform entities as direct defendants and formally categorizing the existing evidence of 'chronological data manipulation' and 'zero-view revenue' as distinct counts of Fraud and Wire Fraud

DistroKid, Inc. and PK Interactive LLC: Pursuant to Section 10(h) of the DistroKid Distribution Agreement (Exhibit A), these Defendants have contractually agreed to the exclusive jurisdiction of the federal or state courts in New York County. As the core of the dispute involves the New York-based financial and server systems of DistroKid, this Court is the proper forum.

Strategic Dismissal of Platforms for Judicial Economy: To resolve jurisdictional

complexities and focus on the primary liable parties, Plaintiff moves to dismiss YouTube, Spotify, and TikTok as direct Defendants.

Third-Party Discovery (FRCP Rule 45): In lieu of maintaining them as Defendants, Plaintiff requests leave to treat these platforms, along with twenty-three (23) other distribution entities, as Third-Party Witnesses. Pursuant to Federal Rule of Civil Procedure 45, these entities possess critical evidence regarding the unauthorized distribution of my works.

Scope of Systematic Infringement (Account ID: 8813629): The evidence will demonstrate that the original works associated with my Account ID: 8813629 were illegally proliferated into over 163 derivative tracks distributed across more than 40 fraudulent channels. All data held by the 23 platforms originated from DistroKid's New York-based infrastructure. Therefore, centralized discovery in this Court is the most efficient way to investigate this large-scale infringement and the "phantom revenue" anomalies identified in the settlement reports.

## B. Ownership of Copyright]

## Ownership and Forensic Evidence of Systematic Infringement

I am the sole author and original creator of the five (5) primary musical works that serve as the foundation for this action. The Defendants have executed a sophisticated 'Data Laundering' and multiplication scheme to exploit my intellectual property as follows:

1. Official Ownership (Exhibit B-1): My ownership of the core audio is verified by official Copyright Registration Certificates from the Korea Copyright Commission and filing receipts from the U.S. Copyright Office.

2. Third-Party Recognition (Exhibit B-2): The validity of my copyright has already been administratively adjudicated by major platforms; YouTube and Spotify have

2

formally accepted my DMCA takedown notices and removed the infringing content after reviewing my proof of ownership.

3. Method of Proliferation (Exhibit B-3): Defendants hijacked my 5 original tracks, fragmenting and recombining them to create 17 unauthorized versions, which were then expanded into a fraudulent catalog of 163 distinct tracks. This was done by altering titles and metadata to bypass automated detection.

4. Infringing Entities and Channels (Exhibit B-4): This illicit distribution is driven by Casa Rosa Productions and Alexander Blue. Stolen works are disseminated through the YouTube Audio Library and other platforms under fraudulent artist names such as 'Mateo Rose' and 'National Sweetheart.'

5. Forensic Link (Account ID: 8813629): I possess the original master recordings and initial ISRC data. Comparison with the data in Account ID: 8813629 will prove that the entire 163-track catalog is derived illegally from my 5 core copyrighted works.

## C. Copyright Registration Status

The works in question are 'Foreign Works' as defined under 17 U.S.C. § 101, having been first published in the Republic of Korea. My registration status is as follows: Exhibits B-1 Original song

Republic of Korea: I have obtained official copyright registrations for five (5) core tracks from the Korea Copyright Commission. Under the Berne Convention and 17 U.S.C. § 411(a), these foreign registrations grant me the legal standing to bring this action in U.S. federal court.

United States: I have also submitted applications for registration for an additional ten (10) tracks with the U.S. Copyright Office and am currently awaiting final certification.

Documentation of these registrations and pending applications is attached hereto as Exhibits B-1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 14, 2026. (Signature)

        OK-GU PARK

boringgrout@naver.com

# EXHIBIT A: PROOF OF PERSONAL JURISDICTION AND VENUE (DistroKid Distribution Agreement – Section 10(h))

d. We may direct all notices and communications to you via the email address or street address associated with your account and/or via your dashboard account on the Site. All notices to DistroKid shall be sent to us at legal@distrokid.com.

e. You may not assign, transfer or delegate any of your rights or obligations hereunder without our prior written consent, and any purported attempt otherwise will be null and void ab initio. We may assign, delegate, pledge, encumber, sublicense and otherwise transfer, this Agreement and/or any or all of our rights and obligations in order to operate the Service and Site. This Agreement will be binding on and inure to the benefit of the parties and their respective assigns and successors in interest.

f. We reserve the right to modify, discontinue or terminate the Service (including DistroLock) at any time and without prior notice. We are under no obligation to provide the Service (including DistroLock) continuously, or at all.

g. The relationship between the parties is that of independent contractors. This Agreement shall not be deemed to create a partnership or joint venture, and neither party is the other's agent, partner, employee, or representative.

h. This Agreement shall be construed and enforced exclusively in accordance with the laws of the State of New York, without regard to its conflict of laws principles. Any action or proceeding brought by either party against the other arising out of or related to this Agreement shall be brought only in a state or federal court of competent jurisdiction located in New York County, New York, and the parties irrevocably consent to the in personam jurisdiction and venue of said courts. You agree that service of process by us to you by one of the methods designated above for the giving of notices will be deemed effective as personal service within New York County, and hereby consent to service of process by such methods.

DistroLock Addendum

By signing up for DistroLock, in addition to your agreement to the applicable portions of the above Agreement, you further agree as follows:

1. Using DistroLock

The DistroLock service ("DistroLock") enables you to upload Recordings to our servers in order for us (through our proprietary technology or via our third party service provider Chromaprint (https://acoustid.org/chromaprint)) to generate acoustic fingerprints of your Recordings ("Fingerprints") and submit same to our partnered third party audio identification services ("ID Services") with a request to block unauthorized uploads of such Recordings. Please note that by uploading Recordings to DistroLock, you authorize us to request that such ID Services block any third party uploads of Recordings. We may also make the Fingerprints (but not the audio versions of Recordings) available to third party music services so that they can use Fingerprints to detect, and block, potential unauthorized uploads and releases of your Recordings on such services.

In order for us to provide DistroLock, you agree that DistroKid may transmit, upload, register and maintain Recordings and Fingerprints provided by you or created by us through the DistroLock.

## <mark>Exhibit B-1:</mark> Official Copyright Registrations

Official government-issued documents proving Plaintiff's legal title to the original works.

REGISTRATION NUMBER    C-2026-017202

 

### CERTIFICATE OF COPYRIGHT REGISTRATION

| | |
|---|---|
| 1. TITLE OF WORK | Byeol-Banjjak-ida |
| 2. CATEGORY OF WORK | Musical Work>Instrumental Music>Composing |
| 3. NAME OF AUTHOR (CORPORATE NAME) | OKGU PARK<br>5F, 78, Dodang-ro 27-gil, Dobong-gu, Seoul, Republic of Korea |
| 4. DATE OF BIRTH (CORPORATION REGISTRATION NUMBER) | .09.07 |
| 5. DATE OF CREATION | 2024.07.30 |
| 6. DATE OF PUBLICATION | 2024.08.08 |
| 7. DATE OF REGISTRATION | 2026.04.06 |
| 8. PARTICULARS FOR REGISTRATION | Author : OKGU PARK, Creation : 2024.07.30, Publication : 2024.08.08 |

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 53 OF THE COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2026.04.08

KOREA COPYRIGHT COMMISSION



6

REGISTRATION NUMBER    C-2026-017204



 **CERTIFICATE OF COPYRIGHT REGISTRATION**

1. TITLE OF WORK — Sangsang-i Gane

2. CATEGORY OF WORK — Musical Work>Instrumental Music>Composing

3. NAME OF AUTHOR
   (CORPORATE NAME) — OKGU PARK
   5F, 78, Dodang-ro 27-gil, Dobong-gu, Seoul, Republic of Korea

4. DATE OF BIRTH
   (CORPORATION REGISTRATION NUMBER) — 1⬛09.07

5. DATE OF CREATION — 2024.07.30

6. DATE OF PUBLICATION — 2024.08.08

7. DATE OF REGISTRATION — 2026.04.06

8. PARTICULARS FOR REGISTRATION — Author : OKGU PARK, Creation : 2024.07.30, Publication : 2024.08.08

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 53 OF THE COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2026.04.08

KOREA COPYRIGHT COMMISSION

REGISTRATION NUMBER    C-2026-017206



 **CERTIFICATE OF COPYRIGHT REGISTRATION**

1. TITLE OF WORK — Banjjak-ine

2. CATEGORY OF WORK — Musical Work>Instrumental Music>Composing

3. NAME OF AUTHOR
(CORPORATE NAME) — OKGU PARK
5F, 78, Dodang-ro 27-gil, Dobong-gu, Seoul, Republic of Korea

4. DATE OF BIRTH
(CORPORATION REGISTRATION NUMBER) — 1⬛09.07

5. DATE OF CREATION — 2024.07.30

6. DATE OF PUBLICATION — 2024.08.08

7. DATE OF REGISTRATION — 2026.04.06

8. PARTICULARS FOR REGISTRATION — Author : OKGU PARK, Creation : 2024.07.30, Publication : 2024.08.08

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 53 OF THE COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2026.04.08

KOREA COPYRIGHT COMMISSION

8

REGISTRATION NUMBER    C-2026-017205



 **CERTIFICATE OF COPYRIGHT REGISTRATION**

1. TITLE OF WORK                Gureune

2. CATEGORY OF WORK            Musical Work>Instrumental Music>Composing

3. NAME OF AUTHOR              OKGU PARK
   (CORPORATE NAME)            5F, 78, Dodang-ro 27-gil, Dobong-gu, Seoul,
                               Republic of Korea

4. DATE OF BIRTH              19██09.07
   (CORPORATION REGISTRATION NUMBER)

5. DATE OF CREATION           2024.07.30

6. DATE OF PUBLICATION        2024.08.08

7. DATE OF REGISTRATION       2026.04.06

8. PARTICULARS FOR REGISTRATION   Author : OKGU PARK, Creation : 2024.07.30,
                                  Publication : 2024.08.08

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 53 OF THE
COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2026.04.08

KOREA COPYRIGHT COMMISSION

REGISTRATION NUMBER    C-2026-017203



 **CERTIFICATE OF COPYRIGHT REGISTRATION**

| | |
|---|---|
| 1. TITLE OF WORK | Ullagari |
| 2. CATEGORY OF WORK | Musical Work>Instrumental Music>Composing |
| 3. NAME OF AUTHOR (CORPORATE NAME) | OKGU PARK<br>5F, 78, Dodang-ro 27-gil, Dobong-gu, Seoul, Republic of Korea |
| 4. DATE OF BIRTH (CORPORATION REGISTRATION NUMBER) | 1⬛09.07 |
| 5. DATE OF CREATION | 2024.07.30 |
| 6. DATE OF PUBLICATION | 2024.08.08 |
| 7. DATE OF REGISTRATION | 2026.04.06 |
| 8. PARTICULARS FOR REGISTRATION | Author : OKGU PARK, Creation : 2024.07.30, Publication : 2024.08.08 |

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 53 OF THE
COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2026.04.08

KOREA COPYRIGHT COMMISSION



10

**Exhibit B-1:** Official government-issued documents proving Plaintiff's legal title to the original works.



Home |  | My Profile | Help | Contact Us | Log Out |

**Payment successful.**
Your payment has been submitted to Pay.gov and the details are below.
If you have any questions or wish to cancel this payment, you will need to contact Pay.gov Customer Service at 877-476-0778.
(Please print for your records as you will not receive a payment confirmation email from Pay.Gov)
Click the 'Continue' button to complete your registration.

**Customer Information**

OK-GU PARK

78,5f Dodang-ro 27-gil, Dobong-gu,

Seoul,  01349  Korea, South

**Submissions**

**Cases**

| Case # | Title | Type of Work | Total Fee Paid | Require Submission |
|---|---|---|---|---|
| 1-15123884011 | OK-GU PARK AI Trot Collection Vol. 1 | Sound Recording | $65.00 | Y |
| | | | | |
| **Total Amount Due:** | | | $65.00 | |

**Payment Info**

| | |
|---|---|
| Amount Paid: | $ |
| Account: | XX7224 |
| Paid By: | SEON A PARK |
| Pay Date: | 3/20/2026 |
| Payment Type: | Credit Card |
| Confirmation #: | 614914 |
| Pay.gov Tracking ID: | 280M4JU1 |
| Agency Tracking ID: | 1-6Y4LKCP |

11

## <mark>Exhibit B-2:</mark> Validation by Global Platforms (DMCA Takedown)

Evidence that YouTube and Spotify have already reviewed and accepted Plaintiff's ownership by removing the infringing content.



## Exhibit B-3: Analysis of Data Manipulation (5 to 163)

Visual mapping showing how 5 original source tracks were illegally duplicated and renamed into 163 tracks.

| | 제목 → **Infringing Video Title** | 제목 URL → **Infringing Video Title & URL** |
|---|---|---|
| 1. | **Jovenes Viejos - Eclipse de Amor** Reupload, January 3, 2026 | https://youtu.be/3vl66fmYwNg?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 2. | **Jovenes Viejos - Mi Canton** Reupload, January 2, 2026 | https://youtu.be/5cFKwnMzMdg?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 3. | **Jovenes Viejos – Munequita Reupload, Dec. 23, 2025** | https://youtu.be/2fLe6dFaRsY?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 4. | **Jovenes Viejos - La Loma** Reupload, December 21, 2025 | https://youtu.be/XRelO4X0GdI?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 5. | **Jovenes Viejos - La Carretera** Reupload, December 20, 2025 | https://youtu.be/4tTt5-i58Rs?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 6. | **Jovenes Viejos - Balada Para Ti** Reupload, December 17, 2025 | https://youtu.be/kWH5WvCcnlM?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 7. | **Jovenes Viejos - La Cumbre Dormida** Reupload, December 15, 2025 | https://youtu.be/_VlqLdHTusQ?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 8. | **Jovenes Viejos - Ando Triste Compa** Reupload, December 12, 2025 | https://youtu.be/P4VsbF6tB0M?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 9. | **Jovenes Viejos_Cumbia Deli –Cumbia del Norte,** Reupload, December 11, 2025 | https://youtu.be/jGnupQtguk8?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 10. | **Jovenes Viejos - Juegos del Carnaval** | https://youtu.be/PvYcGZkSvlc?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 11. | **Jovenes Viejos -          Chotis de los Muertos** | **Country & Folk Music** | https://youtu.be/EHzq5LVOODs?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 12. | **Jovenes Viejos -      Saborcito Tejano | Country & Folk Music** | https://youtu.be/QtrSjPsl6mY?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |

| 13. | Jovenes Viejos -        Estela \| Country & Folk Music | https://youtu.be/degetXD4dpg?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
|---|---|---|
| 14. | Jovenes Viejos -        Diversion en la Distancia \| Country & Folk Music | https://youtu.be/hmiRO47ryVc?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 15. | Jovenes Viejos -   Llorando a la Luna \| Country & Folk \| Romantic Music | https://youtu.be/lAYjIT9wV8o?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 16. | Jovenes Viejos - Mas Basico Cabron \| Country & Folk Music | https://youtu.be/HvFeq7Ji9x4?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 17. | Jovenes Viejos - Meneate las Pompis \| Country & Folk Music | https://youtu.be/qunJTcDqrjk?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 18. | Jovenes Viejos - El Penultimo Baile | https://youtu.be/PEIbVu_P3Gs?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 19. | Jovenes Viejos ♪ La Loma | https://youtu.be/e3xs8GsArpg?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 20. | Jovenes Viejos ♪ Balada Para Ti | https://youtu.be/Dn2pJy22j0Q?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 21. | Jovenes Viejos ♪ Ando Triste Compa | https://youtu.be/S09svWQRdTY?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 22. | Jovenes Viejos ♪ Llorando a la Luna | https://youtu.be/Tg5yWVC9WAs?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 23. | Jovenes Viejos ♪ El Penultimo Baile | https://youtu.be/8ei49EAo6bI?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 24. | Jovenes Viejos ♪ Mi Canton | https://youtu.be/YjNI0Yww1Xk?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 25. | Jovenes Viejos ♪ Mas Basico Cabron | https://youtu.be/Lt6bUnY0Q_s?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 26. | Jovenes Viejos ♪        La Carretera | https://youtu.be/Mbzea1Fh0Hg?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 27. | Jovenes Viejos ♪ Juegos del Carnaval | https://youtu.be/403QGGbtXQ4?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 28. | Jovenes Viejos ♪        Diversion en la Distancia | https://youtu.be/OjZq0dlk4jg?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 29. | Jovenes Viejos        ♪ Chotis de los Muertos | https://youtu.be/QSpVl9czHpE?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 30. | Jovenes Viejos ♪ La Cumbre Dormida | https://youtu.be/V8j0Oaiv-Kc?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |

| 31. | Jovenes Viejos    ♪ Saborcito Tejano | https://youtu.be/QFOai28xs-g?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 32. | Jovenes Viejos    ♪ Munequita | https://youtu.be/DBf5fV_Cnbc?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 33. | Jovenes Viejos ♪ Meneate las Pompis | https://youtu.be/zXEhYqJkVso?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 34. | Jovenes Viejos    ♪ Estela | https://youtu.be/voddn9jJx5k?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 35. | Jovenes Viejos    ♪ Eclipse de Amor | https://youtu.be/XHORLa1MZfQ?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 36. | Jovenes Viejos, Cumbia Deli ♪ Cumbia del Norte | https://youtu.be/rQz6jbdO2qw?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 37. | Juegos del Carnaval - Jovenes Viejos | https://youtu.be/PgS0gSldFHs?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 38. | Los Vaqueros Cumbieros del Espacio | https://youtu.be/EoCSPMbJLeM?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 39. | Chotis de los Muertos -    Jovenes Viejos | https://youtu.be/v9n4D28uXmY?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 40. | Estela -    Jovenes Viejos | https://youtu.be/GKymuRUz7i4?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 41. | Saborcito Tejano -    Jovenes Viejos | https://youtu.be/8esTpWehLI8?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 42. | Diversion en la Distancia -    Jovenes Viejos | https://youtu.be/lwC99w-ppso?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 43. | Mas Basico Cabron -    Jovenes Viejos | https://youtu.be/rD32TS7Fz8A?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 44. | Llorando a la Luna -    Jovenes Viejos | https://youtu.be/MP54liCAu3o?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 45. | Meneate las Pompis - Jovenes Viejos | https://youtu.be/mMV9clyr3YI?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 46. | El Penultimo Baile -    Jovenes Viejos | https://youtu.be/fQhLxjme-c0?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 47. | Juegos del Carnaval - Jovenes Viejos | https://youtu.be/guGYmZ3tP30?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 48. | Los Vaqueros Cumbieros del Espacio -    Jovenes Viejos | https://youtu.be/-1hdl9K_Gc4?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 49. | Chotis de los Muertos -    Jovenes Viejos | https://youtu.be/unkY14kJG0U?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |

| 50. | Saborcito Tejano -   Jovenes Viejos | https://youtu.be/knWmt7Cdntk?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 51. | Estela -   Jovenes Viejos | https://youtu.be/KmxUTGWuQjE?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 52. | Diversion en la Distancia -   Jovenes Viejos | https://youtu.be/PulSR3JYDOo?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 53. | Llorando a la Luna -   Jovenes Viejos | https://youtu.be/fJKZi_BuyDM?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 54. | Mas Basico Cabron -   Jovenes Viejos | https://youtu.be/y6NAoltc6N4?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 55. | El Penultimo Baile -   Jovenes Viejos | https://youtu.be/-MKPc-IucNo?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 56. | Meneate las Pompis - Jovenes Viejos | https://youtu.be/ppyekudPr_o?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 57. | Eclipse de Amor -   Jovenes Viejos | https://youtu.be/U4j_dS6EY-w?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 58. | Mi Canton -   Jovenes Viejos | https://youtu.be/c6kNK3HRhKQ?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 59. | La Loma -   Jovenes Viejos | https://youtu.be/eypV7rCPP-0?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 60. | Munequita -   Jovenes Viejos | https://youtu.be/FZkDPL5ECMA?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 61. | La Carretera -   Jovenes Viejos | https://youtu.be/gB_jtSRf17Y?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 62. | Balada Para Ti -   Jovenes Viejos | https://youtu.be/H-I5iA_h4UE?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 63. | La Cumbre Dormida - Jovenes Viejos | https://youtu.be/bT9wGW7odUo?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 64. | Ando Triste Compa -   Jovenes Viejos | https://youtu.be/pybSrxNSMHc?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 65. | Cumbia del Norte -   Jovenes Viejos | https://youtu.be/Cjeqsrh4XWU?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 66. | Juegos del Carnaval - Mexican Traditional Music Album \| Norteño Music by Jovenes Viejos | https://youtu.be/1x-YIbxlUIs?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 67. | Diversion en la Distancia - Norteño Music by Jovenes Viejos | https://youtu.be/KFk4oht1--c?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 68. | El Penultimo Baile -   Norteño Music | https://youtu.be/MxL1ol_eo7k?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |

| 69. | Saborcito Tejano -      Norteño Music | https://youtu.be/G_sbwW3iEMA?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 70. | Mas Basico Cabron - Norteño Music | https://youtu.be/8EyuczV8048?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 71. | Chotis de los Muertos -      Norteño Music | https://youtu.be/2K7_C0Yoxzw?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 72. | Llorando a la Luna -      Norteño Music | https://youtu.be/Y6PLuBl3k9o?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 73. | Meneate las Pompis - Norteño Music | https://youtu.be/iYPS7wcVP_w?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 74. | Estela -                Norteño Music | https://youtu.be/hWdTev6LXzk?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 75. | Jovenes Viejos /      Cumbia Deli - Cumbia del Norte | https://youtu.be/ddhNpFjl-bM?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 76. | Jovenes Viejos - Ando Triste Compa | https://youtu.be/ydm0PiP0B6s?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 77. | Jovenes Viejos - La Cumbre Dormida | https://youtu.be/t-mq3Fg3CMs?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 78. | Jovenes Viejos - Balada Para Ti | https://youtu.be/MUKQ9nJ2rv0?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 79. | Jovenes Viejos - La Carretera | https://youtu.be/qqrJz88pLzk?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 80. | Jovenes Viejos - La Loma | https://youtu.be/dCcgb_LGK34?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 81. | Jovenes Viejos - Munequita | https://youtu.be/oyd8qGnXAzQ?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 82. | Jovenes Viejos - Mi Canton | https://youtu.be/mVQMRkvKi5A?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 83. | Jovenes Viejos - Eclipse de Amor | https://youtu.be/ScDeoLo7pJQ?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 84. | Jovenes Viejos - El Penultimo Baile | https://youtu.be/RJC4Te8Xwfc?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 85. | Jovenes Viejos - Meneate las Pompis | https://youtu.be/fsT90bOQYvM?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 86. | Jovenes Viejos - Mas Basico Cabron | https://youtu.be/0o1Jshrxk2k?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 87. | Jovenes Viejos -    Llorando a la Luna | https://youtu.be/bu6y5Gw2bks?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 88. | Jovenes Viejos -      Diversion en la Distancia | https://youtu.be/78BAT8W6lmo?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |

| | | |
|---|---|---|
| 89. | Jovenes Viejos -      Estela | https://youtu.be/ipqeN1oWnuA?list=PLCS9hOJiTVl0N6QQiNPazaFoRb88_E_WP |
| 90. | Jovenes Viejos -      Saborcito Tejano | https://youtu.be/9EiGL-5oX9E?list=PLCS9hOJiTVl0N6QQiNPazaFoRb88_E_WP |
| 91. | Jovenes Viejos -      Chotis de los Muertos | https://youtu.be/9Nt6sLCDQNo?list=PLCS9hOJiTVl0N6QQiNPazaFoRb88_E_WP |
| 92. | Jovenes Viejos - Juegos del Carnaval | https://youtu.be/GbQ-df4sQps?list=PLCS9hOJiTVl0N6QQiNPazaFoRb88_E_WP |
| 93. | Estela – Jovenes Viejos,      140,899,000 | https://youtu.be/Oa51jzCIM3Y?list=PLlAf4GB3SakmO1IlDKvVzJN7KY2rRPXmh |
| 94. | Number of views,      82,448,000 | https://www.youtube.com/shorts/QtODTJUxG-U?feature=share |
| 95. | Number of views,      90,062,000 | https://www.youtube.com/shorts/b7c9DHRxDtw?feature=share |
| 96. | Number of views, 231,415,000 | https://www.youtube.com/shorts/2WfLt-AqG88?feature=share |
| 97. | Number of views,      146,089,000 | https://www.youtube.com/shorts/PyMIjMGk77g?feature=share |
| 98. | Number of views,      147,290,000 | https://www.youtube.com/shorts/f5nCS9Gdano?feature=share |
| 99. | Headlands | https://youtu.be/apoQBJG1fJM?list=PLvbe1erkje7K92xYAfVnt1Z0eeMY4WGu7 |
| 100. | Headlands | https://youtu.be/n0SVv_EVk1Q?list=RDn0SVv_EVk1Q |
| 101. | National Sweetheart -      Headlands | https://youtu.be/hqt8lysQUSQ?list=RDhqt8lysQUSQ |
| 102. | National Sweetheart -      Headlands | https://youtu.be/hqt8lysQUSQ?list=RDhqt8lysQUSQ |
| 103. | Headlands By National Sweetheart | https://youtu.be/JJK8wFSlLOM?list=RDJJK8wFSlLOM |
| 104. | https://youtu.be/LTQi8Z7fJnE | https://youtu.be/LTQi8Z7fJnE |
| 105. | Headlands -      National Sweetheart Royalty Free Music No Copyrighted | https://youtu.be/qWv0v3_I_OQ |
| 106. | Headlands -      National Sweetheart | https://youtu.be/osbuPgMHULs |
| 107. | 최신 저작권없는 유튜브무료 BGM 6 월- | https://youtu.be/T1FkIL_GshY?list=RDT1FkIL_GshY |

| | | |
|---|---|---|
| 108. | | https://youtu.be/fQiWzDAVc7E |
| 109. | National Sweetheart -    Headlands | https://youtu.be/6Gu-pz1MeMQ |
| 110. | Headlands -    National Sweetheart Rock Bright no copyright music | https://youtu.be/HJffuggw0OM?list=TLPQMzAwMTIwMjaLtho_COcsLQ |
| 111. | Headlands -    National Sweetheart | https://youtu.be/oP-Athg52qk?list=TLPQMzAwMTIwMjaLtho_COcsLQ |
| 112. | Headlands    [National Sweetheart] | https://youtu.be/4IgsrBmu82I |
| 113. | Headlands -    National Sweetheart | https://youtu.be/xU-P4011GoQ |
| 114. | Headlands -    National Sweetheart | https://youtu.be/VcZgxWcY2tA |
| 115. | Mas Basico Cabron – Jovenes Viejos | https://youtu.be/7EXsgCR9zKU?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 116. | Estela –           Jovenes Viejos | https://youtu.be/sMmWk7Nb4cE?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 117. | Diversion en la Distancia – Jovenes Viejos | https://youtu.be/6G0G6e5Fu4Y?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 118. | Meneate las Pompis – Jovenes Viejos | https://youtu.be/JBwtHI2NrO4?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 119. | Llorando a la Luna –    Jovenes Viejos | https://youtu.be/Um5vg_1kjIg?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 120. | Los Vaqueros Cumbieros del Espacio –          Jovenes Viejos | https://youtu.be/ToQL1rXS7BM?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 121. | Juegos del Carnaval – Jovenes Viejos | https://youtu.be/urR0LqEqA2s?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 122. | El Penultimo Baile –    Jovenes Viejos | https://youtu.be/2n8pV4ikoxk?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 123. | Munequita -          Jovenes Viejos | https://youtu.be/woyHq2sikUg?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 124. | Saborcito Tejano -    Jovenes Viejos | https://youtu.be/AZ27kyRIIug?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 125. | Mi Canton -          Jovenes Viejos | https://youtu.be/DUlbnR8vkNo?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 126. | Meneate las Pompis - Jovenes Viejos | https://youtu.be/MfTTfFksVXQ?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 127. | Mas Basico Cabron -    Jovenes Viejos | https://youtu.be/XB5R79kQnrc?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |

| 128. | Los Vaqueros Cumbieros del Espacio | https://youtu.be/e_QfJrUHHW4?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
|---|---|---|
| 129. | Llorando a la Luna -     Jovenes Viejos | https://youtu.be/IswlYjaFSBA?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 130. | La Loma -            Jovenes Viejos | https://youtu.be/d7FZ38XqoLE?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 131. | La Cumbre Dormida - Jovenes Viejos | https://youtu.be/DC6J1QkHxqY?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 132. | La Carretera -         Jovenes Viejos | https://youtu.be/yo4TtWmXwlg?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 133. | Juegos del Carnaval - Jovenes Viejos | https://youtu.be/8Tn_bBeWIz0?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 134. | Estela -             Jovenes Viejos | https://youtu.be/lR5h4lFNMjY?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 135. | El Penultimo Baile -    Jovenes Viejos | https://youtu.be/wM93v3yZMCA?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 136. | Eclipse de Amor -      Jovenes Viejos | https://youtu.be/YN5ewn-5Mms?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 137. | Diversion en la Distancia - Jovenes Viejos | https://youtu.be/Bvg93XwoeNc?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 138. | Cumbia del Norte -    Jovenes Viejos | https://youtu.be/WUyfsVHQ1kI?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 139. | Chotis de los Muertos - Jovenes Viejos | https://youtu.be/jt_xdbXQtLY?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 140. | Balada Para Ti - Jovenes Viejos | https://youtu.be/oS6RSlM78gM?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 141. | Ando Triste Compa - Jovenes Viejos | https://youtu.be/hc57d5qyjkc?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 142. | Estela-             Jovenes Viejos | https://youtu.be/gVQDmFdCZAE?list=PLaQw-lRTOQzQQfDSlaXgcYsRPE5ojMhPP |
| 143. | Ando Triste Compa \|    Jovenes Viejos | https://youtu.be/dPaTXE7IsKQ |
| 144. | Jovenes Viejos - Eclipse de Amor | https://youtu.be/km95AnI3-4I |
| 145. | Jovenes Viejos - El Penultimo Baile | https://youtu.be/E1xEyrPTgTU?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 146. | Jovenes Viejos - Juegos del Carnaval | https://youtu.be/-ZIFAYISoWg?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 147. | Jovenes Viejos / Cumbia Deli | https://youtu.be/TYAWEtNz_pU?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |

| 148. | Jovenes Viejos - Chotis de los Muertos | https://youtu.be/5eSs7lXvqN8?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
|------|------|------|
| 149. | Jovenes Viejos - Saborcito Tejano | https://youtu.be/e2CIKCTP3hE?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 150. | Jovenes Viejos - Estela | https://youtu.be/Rmh_I_zOLpQ?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 151. | Jovenes Viejos - Diversion en la Distancia | https://youtu.be/SQ3W8mGYSOQ?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 152. | Jovenes Viejos - Llorando a la Luna | https://youtu.be/T0F9U36GmSA?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 153. | Jovenes Viejos - Mas Basico Cabron | https://youtu.be/QEOcbDmeo84?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 154. | Jovenes Viejos - Meneate las Pompis | https://youtu.be/yVTXdrJOSPc?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 155. | Jovenes Viejos - Eclipse de Amor | https://youtu.be/km95AnI3-4I?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 156. | Jovenes Viejos - Mi Canton | https://youtu.be/fCMb73WoGwM?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 157. | Jovenes Viejos - Munequita | https://youtu.be/q8t6t2ViGxs?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 158. | Jovenes Viajes - La Loma | https://youtu.be/uOtxMHC3nwY?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 159. | Jovenes Viejos - La Carretera | https://youtu.be/X8NmK-21W_k?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 160. | Jovenes Viejos - Balada Para Ti | https://youtu.be/jnWc6oZE_jU?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 161. | Jovenes Viejos - La Cumbre Dormida | https://youtu.be/-PWsasEIFJM?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 162. | Jovenes Viejos - Ando Triste Compa | https://youtu.be/MXmnb_FNX3s?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 163. | Jovenes Viejos / Cumbia Deli | https://youtu.be/q-ZnE9DJb-U?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |

## <mark>Exhibit B-4:</mark> Fraudulent Artist & Channel Identities

Documentation of unauthorized distribution through shadow channels and fraudulent artist names.





April 14, 2026. (Signature)

      OK-GU PARK

boringgrout@naver.com