# United States District Court,

## Southern District of New York

Case No: 1:25-cv-09818-VSB

Plaintiff: OK-GU PARK v.

Defendants: DISTROKID (PRACTICAL MUSICA, INC.), PK INTERACTIVE LLC, and DOES 1-10.

EXHIBIT A: PROOF OF PERSONAL JURISDICTION AND VENUE (DistroKid Distribution Agreement – Section 10(h))

EXHIBIT B-1: Official Certificate of Copyright Registration

EXHIBIT B-2: Proof of Payment & Copyright Registration Filing (USCO)

Exhibit C-1: Wire Fraud       "Phantom Revenue"—financial reports issued

for dates prior to song creation.

Exhibit C-2:   Fraudulent Revenue

Exhibit C-3

Exhibit C-4

Exhibit C-5

EXHIBIT D-1: Proof of Content Take-down (YouTube & Spotify)

EXHIBIT D-2: Proof of Content Take-down (Spotify)

Exhibit E-1: Deception Fraudulent "reassurance" emails used to delay

legal action (E-1, E-2).

Exhibit E-2: Evidence of Fraudulent Reassurance and Intentional Deception

Exhibit F-1: Evidence of Active Collusion and Double-Dealing:

Exhibit F-2 Evidence of Active Collusion and Double-Dealing:

Exhibit G: Urgency    Imminent risk of data loss due to rumored

$2B corporate sale.

EXHIBIT H: Evidence of Total Catalog Deletion (Zero Assets)

## EXHIBIT A: PROOF OF PERSONAL JURISDICTION AND VENUE (DistroKid Distribution Agreement – Section 10(h))

d. We may direct all notices and communications to you via the email address or street address associated with your account and/or via your dashboard account on the Site. All notices to DistroKid shall be sent to us at legal@distrokid.com.

e. You may not assign, transfer or delegate any of your rights or obligations hereunder without our prior written consent, and any purported attempt otherwise will be null and void ab initio. We may assign, delegate, pledge, encumber, sublicense and otherwise transfer, this Agreement and/or any or all of our rights and obligations in order to operate the Service and Site. This Agreement will be binding on and inure to the benefit of the parties and their respective assigns and successors in interest.

f. We reserve the right to modify, discontinue or terminate the Service (including DistroLock) at any time and without prior notice. We are under no obligation to provide the Service (including DistroLock) continuously, or at all.

g. The relationship between the parties is that of independent contractors. This Agreement shall not be deemed to create a partnership or joint venture, and neither party is the other's agent, partner, employee, or representative.

h. This Agreement shall be construed and enforced exclusively in accordance with the laws of the State of New York, without regard to its conflict of laws principles. Any action or proceeding brought by either party against the other arising out of or related to this Agreement shall be brought only in a state or federal court of competent jurisdiction located in New York County, New York, and the parties irrevocably consent to the in personam jurisdiction and venue of said courts. You agree that service of process by us to you by one of the methods designated above for the giving of notices will be deemed effective as personal service within New York County, and hereby consent to service of process by such methods.

DistroLock Addendum

By signing up for DistroLock, in addition to your agreement to the applicable portions of the above Agreement, you further agree as follows:

1. Using DistroLock

The DistroLock service ("DistroLock") enables you to upload Recordings to our servers in order for us (through our proprietary technology or via our third party service provider Chromaprint (https://acoustid.org/chromaprint)) to generate acoustic fingerprints of your Recordings ("Fingerprints") and submit same to our partnered third party audio identification services ("ID Services") with a request to block unauthorized uploads of such Recordings. Please note that by uploading Recordings to DistroLock, you authorize us to request that such ID Services block any third party uploads of Recordings. We may also make the Fingerprints (but not the audio versions of Recordings) available to third party music services so that they can use Fingerprints to detect, and block, potential unauthorized uploads and releases of your Recordings on such services.

In order for us to provide DistroLock, you agree that DistroKid may transmit, upload, register and maintain Recordings and Fingerprints provided by you or created by us through the DistroLock.

## <mark>EXHIBIT B-1:</mark> Official Certificate of Copyright Registration

**1. Issuing Authority:** Korea Copyright Commission (KCC), the primary government body responsible for copyright administration and protection in the Republic of Korea.

**2. Legal Status & Validity:** * This certificate is an **Official English Translation** issued by the KCC, certifying the Plaintiff's exclusive ownership and authorship of the registered musical works.

- Under the **Berne Convention** (to which both the U.S. and South Korea are signatories), copyrights granted in one member country are entitled to the same protection in all other member countries, including the United States.

**3. Evidentiary Value:** * This document serves as *prima facie* evidence of the validity of the copyright and the facts stated in the certificate (Title, Author, Date of Creation, and Registration Number).

- It confirms that the Plaintiff's catalog (Account ID: 8813629) was created and registered prior to the illegal hijacking and data manipulation conducted by the Defendants.

4

REGISTRATION NUMBER    C-2026-017202





# CERTIFICATE OF COPYRIGHT REGISTRATION

**1. TITLE OF WORK** — Byeol-Banjjak-ida

**2. CATEGORY OF WORK** — Musical Work>Instrumental Music>Composing

**3. NAME OF AUTHOR**
(CORPORATE NAME) — OKGU PARK
5F, 78, Dodang-ro 27-gil, Dobong-gu, Seoul, Republic of Korea

**4. DATE OF BIRTH**
(CORPORATION REGISTRATION NUMBER) — .09.07

**5. DATE OF CREATION** — 2024.07.30

**6. DATE OF PUBLICATION** — 2024.08.08

**7. DATE OF REGISTRATION** — 2026.04.06

**8. PARTICULARS FOR REGISTRATION** — Author : OKGU PARK, Creation : 2024.07.30, Publication : 2024.08.08

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 53 OF THE COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2026.04.08

KOREA COPYRIGHT COMMISSION



5

REGISTRATION NUMBER    C–2026–017204



 **CERTIFICATE OF COPYRIGHT REGISTRATION**

1. TITLE OF WORK                    Sangsang–i Gane

2. CATEGORY OF WORK          Musical Work>Instrumental Music>Composing

3. NAME OF AUTHOR              OKGU PARK
   (CORPORATE  NAME)                5F, 78, Dodang–ro 27–gil, Dobong–gu, Seoul,
                                                 Republic of Korea

4. DATE OF BIRTH                    1⬛09.07
   (CORPORATION REGISTRATION NUMBER)

5. DATE OF CREATION             2024.07.30

6. DATE OF PUBLICATION        2024.08.08

7. DATE OF REGISTRATION     2026.04.06

8. PARTICULARS FOR REGISTRATION    Author : OKGU PARK, Creation : 2024.07.30,
                                                         Publication : 2024.08.08

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 53 OF THE
COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2026.04.08

KOREA COPYRIGHT COMMISSION

6

REGISTRATION NUMBER    C-2026-017206



 **CERTIFICATE OF COPYRIGHT REGISTRATION**

| | |
|---|---|
| 1. TITLE OF WORK | Banjjak-ine |
| 2. CATEGORY OF WORK | Musical Work>Instrumental Music>Composing |
| 3. NAME OF AUTHOR (CORPORATE NAME) | OKGU PARK<br>5F, 78, Dodang-ro 27-gil, Dobong-gu, Seoul, Republic of Korea |
| 4. DATE OF BIRTH (CORPORATION REGISTRATION NUMBER) | 1⬛09.07 |
| 5. DATE OF CREATION | 2024.07.30 |
| 6. DATE OF PUBLICATION | 2024.08.08 |
| 7. DATE OF REGISTRATION | 2026.04.06 |
| 8. PARTICULARS FOR REGISTRATION | Author : OKGU PARK, Creation : 2024.07.30, Publication : 2024.08.08 |

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 53 OF THE
COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2026.04.08

KOREA COPYRIGHT COMMISSION

7

REGISTRATION NUMBER    C-2026-017205



 **CERTIFICATE OF COPYRIGHT REGISTRATION**

1. TITLE OF WORK                    Gureune

2. CATEGORY OF WORK                 Musical Work>Instrumental Music>Composing

3. NAME OF AUTHOR                   OKGU PARK
   (CORPORATE  NAME)                5F, 78, Dodang-ro 27-gil, Dobong-gu, Seoul,
                                    Republic of Korea

4. DATE OF BIRTH                    19██09.07
   (CORPORATION REGISTRATION NUMBER)

5. DATE OF CREATION                 2024.07.30

6. DATE OF PUBLICATION              2024.08.08

7. DATE OF REGISTRATION             2026.04.06

8. PARTICULARS FOR REGISTRATION     Author : OKGU PARK, Creation : 2024.07.30,
                                    Publication : 2024.08.08

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 53 OF THE
COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2026.04.08

KOREA COPYRIGHT COMMISSION



8

REGISTRATION NUMBER    C-2026-017203



 **CERTIFICATE OF COPYRIGHT REGISTRATION**

**1. TITLE OF WORK**            Ullagari

**2. CATEGORY OF WORK**         Musical Work>Instrumental Music>Composing

**3. NAME OF AUTHOR**           OKGU PARK
   (CORPORATE NAME)             5F, 78, Dodang-ro 27-gil, Dobong-gu, Seoul,
                                Republic of Korea

**4. DATE OF BIRTH**            1▧▧09.07
   (CORPORATION REGISTRATION NUMBER)

**5. DATE OF CREATION**         2024.07.30

**6. DATE OF PUBLICATION**      2024.08.08

**7. DATE OF REGISTRATION**     2026.04.06

**8. PARTICULARS FOR REGISTRATION**   Author : OKGU PARK, Creation : 2024.07.30,
                                      Publication : 2024.08.08

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 53 OF THE
COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2026.04.08

KOREA COPYRIGHT COMMISSION

**EXHIBIT B-2:** Proof of Payment & Copyright Registration Filing (USCO)

**1. Document Type:** Official Receipt and Filing Confirmation from the **United States Copyright Office (USCO).**

**2. Filing Status:** * This document confirms that the Plaintiff has formally submitted the registration application for the music catalog and has successfully paid the required statutory filing fees.

- Pursuant to the U.S. Copyright Act and the Supreme Court's ruling in *Fourth Estate Public Benefit Corp. v. Wall-Street.com*, this receipt serves as evidence that the Plaintiff has taken all necessary administrative steps to protect their intellectual property under federal law.

**3. Purpose of Evidence:** * It demonstrates that the Plaintiff is actively pursuing formal federal registration in the United States to supplement the existing international protection under the Berne Convention.

- It proves the Plaintiff's diligent efforts to establish a public record of ownership for the contested assets (Account ID: 8813629).

10

Home |  | My Profile | Help | Contact Us | Log Out |

**Payment successful.**
**Your payment has been submitted to Pay.gov and the details are below.**
**If you have any questions or wish to cancel this payment, you will need to contact Pay.gov Customer Service at 877-476-0778.**
**(Please print for your records as you will not receive a payment confirmation email from Pay.Gov)**
**Click the 'Continue' button to complete your registration.**

### Customer Information

OK-GU PARK

78,5f Dodang-ro 27-gil, Dobong-gu,

Seoul,  01349  Korea, South

### Submissions

**Cases**

| Case # | Title | Type of Work | Total Fee Paid | Require Submission |
|--------|-------|--------------|----------------|--------------------|
| 1-15123884011 | OK-GU PARK AI Trot Collection Vol. 1 | Sound Recording | $65.00 | Y |
| | | | | |
| **Total Amount Due:** | | | $65.00 | |

### Payment Info

| | |
|---|---|
| Amount Paid: | $ |
| Account: | XX7224 |
| Paid By: | SEON A PARK |
| Pay Date: | 3/20/2026 |
| Payment Type: | Credit Card |
| Confirmation #: | 614914 |
| Pay.gov Tracking ID: | 280M4JU1 |
| Agency Tracking ID: | 1-6Y4LKCP |

<mark>Exhibit C-1:</mark> Chronological Contradictions

Title: Critical Chronological Anomaly (Case 1 & 2)

Description:   Case 1 ("Our Family"): Created on Jan 1, 2025, but generated revenue on July 1, 2024. (6-month contradiction)

Case 2: Created on July 1, 2024, but already streamed in June 2024.

Key Message: It is physically impossible to generate revenue before a song is created. This proves systemic data manipulation.

| 18370 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 붉은 행성의 최후 | QZRP52491259 | 9 | KR | 0.01498141 |
|---|---|---|---|---|---|---|---|---|
| 18371 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 붉은 행성의 최후 (1) | QZRP52491258 | 1 | AZ | 0.00090247 |
| 18372 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 붉은 행성의 최후 (1) | QZRP52491258 | 2 | JP | 0.00077685 |
| 18373 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 붉은 행성의 최후 (1) | QZRP52491258 | 9 | KR | 0.03263449 |
| 18374 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 붉은 행성의 최후 (1) | QZRP52491258 | 1 | SE | 0.00011353 |
| 18375 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 국어 영어 | QZRP52491257 | 0 | IN | 0.00063914 |
| 18376 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 국어 영어 | QZRP52491257 | 5 | KR | 0.00192215 |
| 18377 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 토요일 밤의 축제 | QZRP52455545 | 1 | KR | 0.0001929 |
| 18378 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 토요일 밤의 축제 (1) | QZRP52455544 | 5 | KR | 0.00677509 |
| 18379 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 우리 가족 | QZRP52455543 | 1 | KR | 0.0001109 |
| 18380 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 나이 들어도 여전한 친구 | QZRP52455542 | 5 | KR | 0.00170875 |
| 18381 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 나이 들어도 여전한 친구 (1) | QZRP52455541 | 21 | KR | 0.02606018 |
| 18382 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 서울에서 출발해 | QZRP52428139 | 1 | TW | 0.00023863 |
| 18383 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 서울에서 출발해 | QZRP52428139 | 1 | KR | 0.00124201 |
| 18384 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | _트로트 | QZRP52424593 | 5 | KR | 0.0200283 |
| 18385 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | _트로트 | QZRP52424593 | 1 | US | 0.12021502 |
| 18386 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 믹스된 트로트 노래 | QZRP52424592 | 2 | JP | 0.00010775 |
| 18387 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 믹스된 트로트 노래 | QZRP52424592 | 3 | KR | 0.01893504 |
| 18388 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 산은 산이요 물은 물이 | QZRP52424591 | 15 | KR | 0.0132406 |
| 18389 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 산은 산이요 물은 물이 | QZRP52424591 | 0 | JP | 0.00556777 |
| 18390 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 | QZRP42487969 | 0 | IT | 0.00292448 |
| 18391 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 | QZRP42487969 | 9 | KR | 0.01266874 |
| 18392 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 | QZRP42487969 | 1 | PH | 0.00006255 |
| 18393 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 | QZRP42487969 | 0 | SA | 0.00091508 |
| 18394 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 | QZRP42487969 | 1 | TH | 0.00025597 |
| 18395 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 | QZRP42487969 | 5 | US | 0.00543426 |
| 18396 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 | QZRP42487969 | 0 | IN | 0.00033797 |
| 18397 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 | QZRP42487969 | 1 | MX | 0.00029066 |
| 18398 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 (3) | QZRP42487968 | 1 | CL | 0.00068487 |
| 18399 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 (3) | QZRP42487968 | 0 | HK | 0.00238784 |
| 18400 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 (3) | QZRP42487968 | 96 | KR | 0.03616132 |
| 18401 | 2024-08-24 | 2024-07-01 YouTube (Ads) | 박욱구 | 외로운 거리의 밤 (3) | QZRP42487968 | 1 | US | 0.00322198 |

<mark>Exhibit C-2:</mark>



## Exhibit C-3-1

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024-08-02 | 2024-08-02 | 2024-06 | YouTube (Red) | 박옥구 | 카톡 | QZPLR2406679 | 198671680604 | 1 | 100 | Song | KR |
| 2024-08-02 | 2024-08-02 | 2024-06 | YouTube (Red) | 박옥구 | 도봉산 | QZPLR2406678 | 198671680604 | 1 | 100 | Song | KR |
| 2024-08-02 | 2024-08-02 | 2024-06 | YouTube (Red) | 박옥구 | 도봉산 (1) | QZPLR2406677 | 198671680604 | 1 | 100 | Song | |
| 2024-08-02 | 2024-08-02 | 2024-06 | YouTube (Red) | 박옥구 | 청량리 시장의 하루 | QZPLR2405779 | 198671689867 | 1 | 100 | | |
| 2024-08-02 | 2024-08-02 | 2024-06 | YouTube (Red) | 박옥구 | 무 | QZNWZ2482225 | 198671826736 | 3 | 100 | Song | KR |
| 2024-08-02 | 2024-08-02 | 2024-06 | YouTube (Red) | 박옥구 | 잠드는 노래 | QZNWZ2482224 | 198671826736 | 1 | 100 | Song | |
| 2024-08-01 | 2024-08-01 | 2024-06 | YouTube (Ads) | 박옥구 | 기계 와 저장 | QZPLR2434048 | 198671448662 | 1 | 100 | Song | |
| 2024-08-01 | 2024-08-01 | 2024-06 | YouTube (Ads) | 박옥구 | 한잔술에 취해서 | QZPLR2426206 | 198671508199 | 1 | 100 | Song | |
| 2024-08-01 | 2024-08-01 | 2024-06 | YouTube (Ads) | 박옥구 | 한잔술에 취해서 | QZPLR2426206 | 198671508199 | 29 | 100 | Song | |
| 2024-08-01 | 2024-08-01 | 2024-06 | YouTube (Ads) | 박옥구 | 한잔술에 취해서 (1) | QZPLR2426205 | 198671508199 | 2 | 100 | Song | |
| 2024-08-01 | 2024-08-01 | 2024-06 | YouTube (Ads) | 박옥구 | 너는 왜만 좋아해 (1) | QZPLR2426203 | 198671508649 | 11 | 100 | | |
| 2024-08-01 | 2024-08-01 | 2024-06 | YouTube (Ads) | 박옥구 | 왜나만 좋아해 | QZPLR2425700 | 198671509202 | 1 | 100 | Song | |
| 2024-08-01 | 2024-08-01 | 2024-06 | YouTube (Ads) | 박옥구 | 하천 죽이기 2 kill a river | QZPLR2423006 | 198671533276 | 1 | 100 | | |
| 2024-08-01 | 2024-08-01 | 2024-06 | YouTube (Ads) | 박옥구 | 하천 죽이기 | QZPLR2423005 | 198671533276 | 9 | 100 | Song | |

## Exhibit C-3-2



13

<mark>Exhibit C-</mark>4   Fraudulent Revenue

Title: Evidence of Fraudulent Revenue Generation

Description: * Anomaly: Multiple instances where revenue was accrued with ZERO (0) views/streams.

Examples: Highlighted lines in the report (e.g., Row 18375, 18389).

Key Message: Revenue without views indicates illegal pre-registration or "shadow" revenue channels managed by the Defendant.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18370 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 붉은 행성의 최후 | QZRP52491259 | 9 KR | 0.01498141 |
| 18371 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 붉은 행성의 최후 (1) | QZRP52491258 | 1 AZ | 0.00090247 |
| 18372 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 붉은 행성의 최후 (1) | QZRP52491258 | 2 JP | 0.00077685 |
| 18373 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 붉은 행성의 최후 (1) | QZRP52491258 | 9 KR | 0.03263449 |
| 18374 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 붉은 행성의 최후 (1) | QZRP52491258 | 1 SE | 0.00011353 |
| 18375 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 국어 영어 | QZRP52491257 | 0 IN | 0.00063914 |
| 18376 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 국어 영어 | QZRP52491257 | 5 KR | 0.00192215 |
| 18377 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 토요일 밤의 축제 | QZRP52455545 | 1 KR | 0.0001929 |
| 18378 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 토요일 밤의 축제 (1) | QZRP52455544 | 5 KR | 0.00677509 |
| 18379 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 우리 가족 | QZRP52455543 | 1 KR | 0.0001109 |
| 18380 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 나이 들어도 여전한 친구 | QZRP52455542 | 5 KR | 0.00170875 |
| 18381 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 나이 들어도 여전한 친구 (1) | QZRP52455541 | 21 KR | 0.02606018 |
| 18382 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 서울에서 출발해 | QZRP52428139 | 1 TW | 0.00023863 |
| 18383 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 서울에서 출발해 | QZRP52428139 | 1 KR | 0.00124201 |
| 18384 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | _트로트 | QZRP52424593 | 5 KR | 0.0200283 |
| 18385 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | _트로트 | QZRP52424593 | 1 US | 0.12021502 |
| 18386 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 믹스된 트로트 노래 | QZRP52424592 | 2 JP | 0.00010775 |
| 18387 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 믹스된 트로트 노래 | QZRP52424592 | 3 KR | 0.01893504 |
| 18388 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 산은 산이요 물은 물이 | QZRP52424591 | 15 KR | 0.0132406 |
| 18389 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 산은 산이요 물은 물이 | QZRP52424591 | 0 JP | 0.00556777 |
| 18390 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 | QZRP42487969 | 0 IT | 0.00292448 |
| 18391 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 | QZRP42487969 | 9 KR | 0.01266874 |
| 18392 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 | QZRP42487969 | 1 PH | 0.00006255 |
| 18393 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 | QZRP42487969 | 0 SA | 0.00091508 |
| 18394 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 | QZRP42487969 | 1 TH | 0.00025597 |
| 18395 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 | QZRP42487969 | 5 US | 0.00543426 |
| 18396 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 | QZRP42487969 | 0 IN | 0.00033797 |
| 18397 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 | QZRP42487969 | 1 MX | 0.00029066 |
| 18398 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 (3) | QZRP42487968 | 1 CL | 0.00068487 |
| 18399 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 (3) | QZRP42487968 | 0 HK | 0.00238784 |
| 18400 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 (3) | QZRP42487968 | 96 KR | 0.03616132 |
| 18401 | 2024-08-24 | 2024-07-01 | YouTube (Ads) | 박옥구 | 외로운 거리의 밤 (3) | QZRP42487968 | 1 US | 0.00322198 |

<mark>EXHIBIT D-1:</mark> **Proof of Content Take-down (YouTube & Spotify)**

**1. Nature of Evidence:** Official notifications and records confirming the successful removal of infringing content from YouTube and Spotify.

**2. Key Facts:**

- **Platform Recognition:** Both YouTube and Spotify reviewed the Plaintiff's ownership evidence and took decisive action to remove the unauthorized music uploaded by the hijackers.

- **Admission of Infringement:** The removal of these tracks serves as an administrative admission by the platforms that the content was indeed infringing upon the Plaintiff's exclusive copyrights (Account ID: 8813629).

- **Validation of Ownership:** This take-down process confirms that the Plaintiff is the legitimate rightsholder, contradicting the fraudulent data provided by DistroKid.

**3. Purpose:** To demonstrate that major digital service providers (DSPs) have already verified the Plaintiff's claims, leaving the Defendants' continued refusal to restore the original catalog without legal merit.



**EXHIBIT D-2:** Proof of Content Take-down ( Spotify)



**EXHIBIT E-1:** Evidence of Fraudulent Reassurance and Intentional Deception

1. Sequential Deception:

October 28, 2025 (Exhibit G): DistroKid promised to "reach out and assert claims" on the Plaintiff's behalf to resolve the ownership conflict.

October 30, 2025 (Exhibit G-3): Only two days later, DistroKid sent an automated notification (Exhibit: image_d61132.jpg) instructing the Plaintiff to "ignore" any copyright infringement notices from YouTube, claiming DistroKid would "take care of it".

2. Legal Implication (Fraudulent Inducement):

This sequence of emails proves a premeditated attempt to silence the victim. By telling the Plaintiff to ignore legal warnings, DistroKid successfully delayed the Plaintiff's ability to protect their assets, while simultaneously allowing hijackers to continue siphoning revenue.

3. Bad Faith Action:

While telling the Plaintiff to "not worry," DistroKid was already in the process of deleting the Plaintiff's entire catalog without authorization, proving they never intended to resolve the claim as promised.

4. Instead of protecting the plaintiff's rights, DistroKid took the malicious step of deleting the entire catalog within five days of this email.

This sudden deletion amounts to a deliberate abuse of evidence to destroy back-end metadata and financial records that are essential to this litigation.



**EXHIBIT E-2:** Evidence of Fraudulent Reassurance and Intentional Deception

Thursday, October 30, 2025 9:41 PM

# DISTROKID

Hello,

Good news!

"Let's Laugh and Live" has been submitted to YouTube and will be included in the Content ID fingerprinting system. This means that when someone uses your music in a YouTube video, you'll be notified and receive royalties.

**Important to know**: If you post a video on YouTube that features this music, you'll receive a stern email from YouTube stating that you've been claimed to be infringing on the music. However, YouTube's Content ID system will take care of it, so you don't have to worry and you can ignore the message. Your video will then show an ad and DistroKid will send you the payout.

YouTube may say that "Interstreet Recordings" has filed a copyright claim, and this is the company that supports DistroKid's "YouTube Money" feature. You can rest assured that you can ignore your email. YouTube sends ad revenue to DistroKid, which then remits it to you.

You don't have to do anything. We're here to convey this message so that



Exhibit F-1 Evidence of Active Collusion and Double-Dealing:

Evidence of Active Collusion and Double-Dealing:

As shown in Amended Exhibit F, while DistroKid consistently ignored Plaintiff's urgent inquiries for over three months, they demonstrated a shocking level of cooperation with the known hijacker, Mateo Rose (Casa Rosa Productions).

Specifically, on January 22, 2026, within a mere 37 minutes of Plaintiff's internal action, Mateo Rose contacted the Plaintiff (Exhibit: F-2), explicitly stating he had "received a notification from [his] distributor (DistroKid)" regarding the claim. This proves that DistroKid:

Directly Colluded with the hijacker by providing real-time updates and contact information of the Plaintiff.

Facilitated Financial Fraud by allowing the same intellectual property to be distributed under both the victim's and the hijacker's accounts simultaneously to maximize their own commission revenue.

Engaged in Fraudulent Misrepresentation by telling the Plaintiff that content has been requested for deletion" (Exhibit G-2) while privately advising the hijacker on how to contest the claim.



⭐ **Your Spotify Claim, Claim 22222021, has been actioned**

Sender  infringement@distrokid.com

January 22, 2026 (Thursday) 3:26 AM

English → Korean Translate

Hello,
boringgrout@naver.com
This claim has been processed and the content has been requested for deletion. Please allow up to a full week for removal.
Best,
DistroKid Infringement Team
(DistroKid Reference Numbers: DKCLAIM-44736)

기온 하강    오후 10:03  2026-04-13

**Exhibit F-2**

Sender  Matt Haeck <matthaeck@gmail.com>

January 22, 2026 (Thursday) 4:03 AM

English → Korean Translate

Hello,

I received a notification from my distributor (DistroKid) indicating that a copyright takedown was submitted affecting multiple tracks from a single album of mine.

DistroKid advised me to contact the claimant directly, as they were not provided with details regarding the basis or scope of the claim.

To properly understand and respond, could you please clarify:

• The specific work(s) you are claiming
• Whether the claim concerns the musical composition or the sound recording
• The portion(s) you believe are infringing
• Whether the claim relates to similarity with another musical work or to use in audiovisual media

I'm not making assumptions and simply want to understand the nature of the claim so it can be addressed accurately.

Thank you for your time.
Best regards,

Mateo Rose
*Casa Rosa Productions*

이스라엘 반발에...    오후 10:09  2026-04-13

**Exhibit F-3-1: 3.5B views (Estella),**

## Akpenebrigittemon

 **Twitter**
twitter.com/Akpenebrigitte

 **Facebook**
web.facebook.com/Akpenebrigitte

### 추가 정보

✉ akpenebrigittemon@gmail.com

▶ www.youtube.com/@akpenebrigittemon

🌐 가나

ⓘ 가입일: 2021. 6. 13.

🗣 구독자 521만명

▶ 동영상 968개

📈 조회수 3,632,422,067회

21

## Exhibit F-3-2



## Exhibit F-3-3



## <mark>Exhibit E-4</mark>-1 Fraudulent Artist & Channel Identities

Documentation of unauthorized distribution through shadow channels and fraudulent artist names.



## <mark>Exhibit E-4</mark>-2



## Exhibit F-5: Analysis of Data Manipulation (5 to 163)

Visual mapping showing how 5 original source tracks were illegally duplicated and renamed into 163 tracks.

| | 제목 → **Infringing Video Title** | 제목 URL → **Infringing Video Title & URL** |
|---|---|---|
| 1. | **Jovenes Viejos - Eclipse de Amor** Reupload, January 3, 2026 | https://youtu.be/3vl66fmYwNg?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 2. | **Jovenes Viejos - Mi Canton** Reupload, January 2, 2026 | https://youtu.be/5cFKwnMzMdg?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 3. | **Jovenes Viejos – Munequita Reupload, Dec. 23, 2025** | https://youtu.be/2fLe6dFaRsY?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 4. | **Jovenes Viejos - La Loma** Reupload, December 21, 2025 | https://youtu.be/XRelO4X0GdI?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 5. | **Jovenes Viejos - La Carretera** Reupload, December 20, 2025 | https://youtu.be/4tTt5-i58Rs?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 6. | **Jovenes Viejos - Balada Para Ti** Reupload, December 17, 2025 | https://youtu.be/kWH5WvCcnlM?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 7. | **Jovenes Viejos - La Cumbre Dormida** Reupload, December 15, 2025 | https://youtu.be/_VlqLdHTusQ?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 8. | **Jovenes Viejos - Ando Triste Compa** Reupload, December 12, 2025 | https://youtu.be/P4VsbF6tB0M?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 9. | **Jovenes Viejos_Cumbia Deli –Cumbia del Norte,** Reupload, December 11, 2025 | https://youtu.be/jGnupQtguk8?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 10. | **Jovenes Viejos - Juegos del Carnaval** | https://youtu.be/PvYcGZkSvlc?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 11. | **Jovenes Viejos -        Chotis de los Muertos | Country & Folk Music** | https://youtu.be/EHzq5LVOODs?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 12. | **Jovenes Viejos -     Saborcito Tejano | Country & Folk Music** | https://youtu.be/QtrSjPsl6mY?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |

| 13. | Jovenes Viejos -    Estela | Country & Folk Music | https://youtu.be/degetXD4dpg?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
|---|---|---|
| 14. | Jovenes Viejos -    Diversion en la Distancia | Country & Folk Music | https://youtu.be/hmiRO47ryVc?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 15. | Jovenes Viejos -   Llorando a la Luna | Country & Folk | Romantic Music | https://youtu.be/lAYjIT9wV8o?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 16. | Jovenes Viejos - Mas Basico Cabron | Country & Folk Music | https://youtu.be/HvFeq7Ji9x4?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 17. | Jovenes Viejos - Meneate las Pompis | Country & Folk Music | https://youtu.be/qunJTcDqrjk?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 18. | Jovenes Viejos - El Penultimo Baile | https://youtu.be/PElbVu_P3Gs?list=PL1UhqWMzEnIHwkKV2EWY48mhEIex-qpAa |
| 19. | Jovenes Viejos ♪ La Loma | https://youtu.be/e3xs8GsArpg?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 20. | Jovenes Viejos ♪ Balada Para Ti | https://youtu.be/Dn2pJy22j0Q?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 21. | Jovenes Viejos ♪ Ando Triste Compa | https://youtu.be/S09svWQRdTY?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 22. | Jovenes Viejos ♪ Llorando a la Luna | https://youtu.be/Tg5yWVC9WAs?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 23. | Jovenes Viejos ♪ El Penultimo Baile | https://youtu.be/8ei49EAo6bI?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 24. | Jovenes Viejos ♪ Mi Canton | https://youtu.be/YjNI0Yww1Xk?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 25. | Jovenes Viejos ♪ Mas Basico Cabron | https://youtu.be/Lt6bUnY0Q_s?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 26. | Jovenes Viejos ♪    La Carretera | https://youtu.be/Mbzea1Fh0Hg?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 27. | Jovenes Viejos ♪ Juegos del Carnaval | https://youtu.be/403QGGbtXQ4?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 28. | Jovenes Viejos ♪    Diversion en la Distancia | https://youtu.be/OjZq0dlk4jg?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 29. | Jovenes Viejos    ♪ Chotis de los Muertos | https://youtu.be/QSpVl9czHpE?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 30. | Jovenes Viejos ♪ La Cumbre Dormida | https://youtu.be/V8j0Oaiv-Kc?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |

| 31. | Jovenes Viejos     ♪ Saborcito Tejano | https://youtu.be/QFOai28xs-g?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
|---|---|---|
| 32. | Jovenes Viejos     ♪ Munequita | https://youtu.be/DBf5fV_Cnbc?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 33. | Jovenes Viejos ♪ Meneate las Pompis | https://youtu.be/zXEhYqJkVso?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 34. | Jovenes Viejos     ♪ Estela | https://youtu.be/voddn9jJx5k?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 35. | Jovenes Viejos     ♪ Eclipse de Amor | https://youtu.be/XHORLa1MZfQ?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 36. | Jovenes Viejos, Cumbia Deli ♪ Cumbia del Norte | https://youtu.be/rQz6jbdO2qw?list=PLw3XNUWe7kMBZ97wsuHPgcClmWXFhLH61 |
| 37. | Juegos del Carnaval - Jovenes Viejos | https://youtu.be/PgS0gSldFHs?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 38. | Los Vaqueros Cumbieros del Espacio | https://youtu.be/EoCSPMbJLeM?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 39. | Chotis de los Muertos -     Jovenes Viejos | https://youtu.be/v9n4D28uXmY?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 40. | Estela -               Jovenes Viejos | https://youtu.be/GKymuRUz7i4?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 41. | Saborcito Tejano -     Jovenes Viejos | https://youtu.be/8esTpWehLI8?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 42. | Diversion en la Distancia -    Jovenes Viejos | https://youtu.be/lwC99w-ppso?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 43. | Mas Basico Cabron -    Jovenes Viejos | https://youtu.be/rD32TS7Fz8A?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 44. | Llorando a la Luna -    Jovenes Viejos | https://youtu.be/MP54liCAu3o?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 45. | Meneate las Pompis - Jovenes Viejos | https://youtu.be/mMV9clyr3YI?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 46. | El Penultimo Baile -    Jovenes Viejos | https://youtu.be/fQhLxjme-c0?list=PL9_W8tfPBXeG5CALCFFAOtsIsi4cFdJJP |
| 47. | Juegos del Carnaval - Jovenes Viejos | https://youtu.be/guGYmZ3tP30?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 48. | Los Vaqueros Cumbieros del Espacio -             Jovenes Viejos | https://youtu.be/-1hdl9K_Gc4?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 49. | Chotis de los Muertos -     Jovenes Viejos | https://youtu.be/unkY14kJG0U?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |

26

| 50. | Saborcito Tejano -        Jovenes Viejos | https://youtu.be/knWmt7Cdntk?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 51. | Estela -                  Jovenes Viejos | https://youtu.be/KmxUTGWuQjE?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 52. | Diversion en la Distancia -    Jovenes Viejos | https://youtu.be/PuISR3JYDOo?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 53. | Llorando a la Luna -    Jovenes Viejos | https://youtu.be/fJKZi_BuyDM?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 54. | Mas Basico Cabron -     Jovenes Viejos | https://youtu.be/y6NAoltc6N4?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 55. | El Penultimo Baile -    Jovenes Viejos | https://youtu.be/-MKPc-IucNo?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 56. | Meneate las Pompis - Jovenes Viejos | https://youtu.be/ppyekudPr_o?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 57. | Eclipse de Amor -       Jovenes Viejos | https://youtu.be/U4j_dS6EY-w?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 58. | Mi Canton -             Jovenes Viejos | https://youtu.be/c6kNK3HRhKQ?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 59. | La Loma -               Jovenes Viejos | https://youtu.be/eypV7rCPP-0?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 60. | Munequita -             Jovenes Viejos | https://youtu.be/FZkDPL5ECMA?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 61. | La Carretera -          Jovenes Viejos | https://youtu.be/gB_jtSRf17Y?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 62. | Balada Para Ti -        Jovenes Viejos | https://youtu.be/H-I5iA_h4UE?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 63. | La Cumbre Dormida - Jovenes Viejos | https://youtu.be/bT9wGW7odUo?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 64. | Ando Triste Compa -    Jovenes Viejos | https://youtu.be/pybSrxNSMHc?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 65. | Cumbia del Norte -     Jovenes Viejos | https://youtu.be/Cjeqsrh4XWU?list=PLuejbPYku_-hDzbJ2vaLaQtVd_UVbdEAb |
| 66. | Juegos del Carnaval - Mexican Traditional Music Album \| Norteño Music by Jovenes Viejos | https://youtu.be/1x-YIbxIUIs?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 67. | Diversion en la Distancia - Norteño Music by Jovenes Viejos | https://youtu.be/KFk4oht1--c?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 68. | El Penultimo Baile -    Norteño Music | https://youtu.be/MxL1ol_eo7k?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |

| 69. | Saborcito Tejano -    Norteño Music | https://youtu.be/G_sbwW3iEMA?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 70. | Mas Basico Cabron - Norteño Music | https://youtu.be/8EyuczV8048?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 71. | Chotis de los Muertos -    Norteño Music | https://youtu.be/2K7_C0Yoxzw?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 72. | Llorando a la Luna -    Norteño Music | https://youtu.be/Y6PLuBl3k9o?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 73. | Meneate las Pompis - Norteño Music | https://youtu.be/iYPS7wcVP_w?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 74. | Estela -                Norteño Music | https://youtu.be/hWdTev6LXzk?list=PLMTiIh1PqTx_921vOY56WyyHt8SYIggvv |
| 75. | Jovenes Viejos /    Cumbia Deli - Cumbia del Norte | https://youtu.be/ddhNpFjl-bM?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 76. | Jovenes Viejos - Ando Triste Compa | https://youtu.be/ydm0PiP0B6s?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 77. | Jovenes Viejos - La Cumbre Dormida | https://youtu.be/t-mq3Fg3CMs?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 78. | Jovenes Viejos - Balada Para Ti | https://youtu.be/MUKQ9nJ2rv0?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 79. | Jovenes Viejos - La Carretera | https://youtu.be/qqrJz88pLzk?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 80. | Jovenes Viejos - La Loma | https://youtu.be/dCcgb_LGK34?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 81. | Jovenes Viejos - Munequita | https://youtu.be/oyd8qGnXAzQ?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 82. | Jovenes Viejos - Mi Canton | https://youtu.be/mVQMRkvKi5A?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 83. | Jovenes Viejos - Eclipse de Amor | https://youtu.be/ScDeoLo7pJQ?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 84. | Jovenes Viejos - El Penultimo Baile | https://youtu.be/RJC4Te8Xwfc?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 85. | Jovenes Viejos - Meneate las Pompis | https://youtu.be/fsT90bOQYvM?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 86. | Jovenes Viejos - Mas Basico Cabron | https://youtu.be/0o1Jshrxk2k?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 87. | Jovenes Viejos -    Llorando a la Luna | https://youtu.be/bu6y5Gw2bks?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |
| 88. | Jovenes Viejos -    Diversion en la Distancia | https://youtu.be/78BAT8W6lmo?list=PLCS9hOJiTVI0N6QQiNPazaFoRb88_E_WP |

| | | |
|---|---|---|
| 89. | Jovenes Viejos -     Estela | https://youtu.be/ipqeN1oWnuA?list=PLCS9hOJiTVl0N6QQiNPazaFoRb88_E_WP |
| 90. | Jovenes Viejos -     Saborcito Tejano | https://youtu.be/9EiGL-5oX9E?list=PLCS9hOJiTVl0N6QQiNPazaFoRb88_E_WP |
| 91. | Jovenes Viejos -     Chotis de los Muertos | https://youtu.be/9Nt6sLCDQNo?list=PLCS9hOJiTVl0N6QQiNPazaFoRb88_E_WP |
| 92. | Jovenes Viejos - Juegos del Carnaval | https://youtu.be/GbQ-df4sQps?list=PLCS9hOJiTVl0N6QQiNPazaFoRb88_E_WP |
| 93. | Estela – Jovenes Viejos,     140,899,000 | https://youtu.be/Oa51jzCIM3Y?list=PLlAf4GB3SakmO1IlDKvVzJN7KY2rRPXmh |
| 94. | **Number of views,**    82,448,000 | https://www.youtube.com/shorts/QtODTJUxG-U?feature=share |
| 95. | **Number of views,**    90,062,000 | https://www.youtube.com/shorts/b7c9DHRxDtw?feature=share |
| 96. | **Number of views,** 231,415,000 | https://www.youtube.com/shorts/2WfLt-AqG88?feature=share |
| 97. | **Number of views,**    146,089,000 | https://www.youtube.com/shorts/PyMIjMGk77g?feature=share |
| 98. | **Number of views,**    147,290,000 | https://www.youtube.com/shorts/f5nCS9Gdano?feature=share |
| 99. | **Headlands** | https://youtu.be/apoQBJG1fJM?list=PLvbe1erkje7K92xYAfVnt1Z0eeMY4WGu7 |
| 100. | **Headlands** | https://youtu.be/n0SVv_EVk1Q?list=RDn0SVv_EVk1Q |
| 101. | **National Sweetheart -     Headlands** | https://youtu.be/hqt8lysQUSQ?list=RDhqt8lysQUSQ |
| 102. | **National Sweetheart -     Headlands** | https://youtu.be/hqt8lysQUSQ?list=RDhqt8lysQUSQ |
| 103. | **Headlands By National Sweetheart** | https://youtu.be/JJK8wFSlLOM?list=RDJJK8wFSlLOM |
| 104. | https://youtu.be/LTQi8Z7fJnE | https://youtu.be/LTQi8Z7fJnE |
| 105. | **Headlands -     National Sweetheart Royalty Free Music No Copyrighted** | https://youtu.be/qWv0v3_I_OQ |
| 106. | **Headlands -     National Sweetheart** | https://youtu.be/osbuPgMHULs |
| 107. | 최신 저작권없는 유튜브무료 BGM 6 월- | https://youtu.be/T1FkIL_GshY?list=RDT1FkIL_GshY |

| | | |
|---|---|---|
| 108. | | https://youtu.be/fQiWzDAVc7E |
| 109. | National Sweetheart -       Headlands | https://youtu.be/6Gu-pz1MeMQ |
| 110. | Headlands -       National Sweetheart Rock Bright no copyright music | https://youtu.be/HJffuggw0OM?list=TLPQMzAwMTIwMjaLtho_COcsLQ |
| 111. | Headlands -      National Sweetheart | https://youtu.be/oP-Athg52qk?list=TLPQMzAwMTIwMjaLtho_COcsLQ |
| 112. | Headlands      [National Sweetheart] | https://youtu.be/4IgsrBmu82I |
| 113. | Headlands -       National Sweetheart | https://youtu.be/xU-P4011GoQ |
| 114. | Headlands -       National Sweetheart | https://youtu.be/VcZgxWcY2tA |
| 115. | Mas Basico Cabron – Jovenes Viejos | https://youtu.be/7EXsgCR9zKU?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 116. | Estela –              Jovenes Viejos | https://youtu.be/sMmWk7Nb4cE?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 117. | Diversion en la Distancia – Jovenes Viejos | https://youtu.be/6G0G6e5Fu4Y?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 118. | Meneate las Pompis – Jovenes Viejos | https://youtu.be/JBwtHI2NrO4?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 119. | Llorando a la Luna –    Jovenes Viejos | https://youtu.be/Um5vg_1kjlg?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 120. | Los Vaqueros Cumbieros del Espacio –              Jovenes Viejos | https://youtu.be/ToQL1rXS7BM?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 121. | Juegos del Carnaval – Jovenes Viejos | https://youtu.be/urR0LqEqA2s?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 122. | El Penultimo Baile –    Jovenes Viejos | https://youtu.be/2n8pV4ikoxk?list=PLshf3PTMerjVGS3czPZ5nj7Boa9dYreok |
| 123. | Munequita -           Jovenes Viejos | https://youtu.be/woyHq2sikUg?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 124. | Saborcito Tejano -     Jovenes Viejos | https://youtu.be/AZ27kyRIIug?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 125. | Mi Canton -            Jovenes Viejos | https://youtu.be/DUlbnR8vkNo?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 126. | Meneate las Pompis - Jovenes Viejos | https://youtu.be/MfTTfFksVXQ?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 127. | Mas Basico Cabron -    Jovenes Viejos | https://youtu.be/XB5R79kQnrc?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |

| 128. | Los Vaqueros Cumbieros del Espacio | https://youtu.be/e_QfJrUHHW4?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
|------|-----------------------------------|----------------------------------------------------------------------|
| 129. | Llorando a la Luna -    Jovenes Viejos | https://youtu.be/IswlYjaFSBA?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 130. | La Loma -              Jovenes Viejos | https://youtu.be/d7FZ38XqoLE?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 131. | La Cumbre Dormida - Jovenes Viejos | https://youtu.be/DC6J1QkHxqY?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 132. | La Carretera -          Jovenes Viejos | https://youtu.be/yo4TtWmXwlg?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 133. | Juegos del Carnaval - Jovenes Viejos | https://youtu.be/8Tn_bBeWIz0?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 134. | Estela -               Jovenes Viejos | https://youtu.be/lR5h4lFNMjY?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 135. | El Penultimo Baile -    Jovenes Viejos | https://youtu.be/wM93v3yZMCA?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 136. | Eclipse de Amor -       Jovenes Viejos | https://youtu.be/YN5ewn-5Mms?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 137. | Diversion en la Distancia - Jovenes Viejos | https://youtu.be/Bvg93XwoeNc?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 138. | Cumbia del Norte -    Jovenes Viejos | https://youtu.be/WUyfsVHQ1kI?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 139. | Chotis de los Muertos - Jovenes Viejos | https://youtu.be/jt_xdbXQtLY?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 140. | Balada Para Ti - Jovenes Viejos | https://youtu.be/oS6RSlM78gM?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 141. | Ando Triste Compa - Jovenes Viejos | https://youtu.be/hc57d5qyjkc?list=PLxTG7lsXIfAm0V7abuxJxPAJ0eQ8vs5Af |
| 142. | Estela-                Jovenes Viejos | https://youtu.be/gVQDmFdCZAE?list=PLaQw-lRTOQzQQfDSlaXgcYsRPE5ojMhPP |
| 143. | Ando Triste Compa |    Jovenes Viejos | https://youtu.be/dPaTXE7IsKQ |
| 144. | Jovenes Viejos - Eclipse de Amor | https://youtu.be/km95AnI3-4I |
| 145. | Jovenes Viejos - El Penultimo Baile | https://youtu.be/E1xEyrPTgTU?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 146. | Jovenes Viejos - Juegos del Carnaval | https://youtu.be/-ZIFAYISoWg?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 147. | Jovenes Viejos / Cumbia Deli | https://youtu.be/TYAWEtNz_pU?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |

| 148. | Jovenes Viejos - Chotis de los Muertos | https://youtu.be/5eSs7lXvqN8?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
|------|------|------|
| 149. | Jovenes Viejos - Saborcito Tejano | https://youtu.be/e2CIKCTP3hE?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 150. | Jovenes Viejos - Estela | https://youtu.be/Rmh_I_zOLpQ?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 151. | Jovenes Viejos - Diversion en la Distancia | https://youtu.be/SQ3W8mGYSOQ?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 152. | Jovenes Viejos - Llorando a la Luna | https://youtu.be/T0F9U36GmSA?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 153. | Jovenes Viejos - Mas Basico Cabron | https://youtu.be/QEOcbDmeo84?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 154. | Jovenes Viejos - Meneate las Pompis | https://youtu.be/yVTXdrJOSPc?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 155. | Jovenes Viejos - Eclipse de Amor | https://youtu.be/km95AnI3-4I?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 156. | Jovenes Viejos - Mi Canton | https://youtu.be/fCMb73WoGwM?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 157. | Jovenes Viejos - Munequita | https://youtu.be/q8t6t2ViGxs?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 158. | Jovenes Viajes - La Loma | https://youtu.be/uOtxMHC3nwY?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 159. | Jovenes Viejos - La Carretera | https://youtu.be/X8NmK-21W_k?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 160. | Jovenes Viejos - Balada Para Ti | https://youtu.be/jnWc6oZE_jU?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 161. | Jovenes Viejos - La Cumbre Dormida | https://youtu.be/-PWsasEIFJM?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 162. | Jovenes Viejos - Ando Triste Compa | https://youtu.be/MXmnb_FNX3s?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |
| 163. | Jovenes Viejos / Cumbia Deli | https://youtu.be/q-ZnE9DJb-U?list=PLlJCkydWQumZkTzWbTl9T66XcgVZZu83B |

<mark>Exhibit</mark> G



<mark>EXHIBIT H:</mark> Evidence of Total Catalog Deletion (Zero Assets)

**1. Current Status:** This evidence confirms that the Plaintiff's entire music catalog (Account ID: 8813629) has been completely wiped, showing **zero (0) active assets** on the DistroKid dashboard.

**2. Legal Impact:** This "Empty Catalog" status is the direct result of the Defendants' unauthorized deletion and intentional spoliation of evidence, leaving the Plaintiff with no access to their legitimate intellectual property or historical streaming data.



Dated: April 14, 2026

Pro se / 박옥구  Ok-gu, Park

boringgrout@naver.com

+82-10-8381-0392

34

## (Appendix)

Items to be Produced by Third-Party Platforms:"

1. Raw Backend Streaming Logs: Full historical data of streams, views, and interactions for the disputed ISRCs from July 1, 2024, to the present.

2. Financial Settlement Reports: Detailed breakdown of all royalty payments disbursed to DISTROKID and PK INTERACT for the Plaintiff's catalog.

3. Account Registration Metadata: Identity and contact information of the entities who claimed ownership of the ISRCs (IP addresses, email logs, and bank account details).

4. Takedown/Counter-Notice History: All records of DMCA notices and communications related to the Plaintiff's catalog (Account ID: 8813629).


1. Google LLC (YouTube / YouTube Music),    2. ByteDance Ltd. (TikTok)

3. Meta Platforms, Inc. (Facebook / Instagram),    4. Spotify AB (Spotify)

5. Apple Inc. (Apple Music / iTunes),    6. Amazon.com Services LLC (Amazon Music)

7. Tidal Music AS (Tidal),    8. Deezer S.A. (Deezer),    9. Pandora Media, LLC (Pandora)

10. Tencent Music Entertainment,    11. NetEase, Inc. (NetEase Cloud Music

12. Kakao Entertainment, 13. Naver Corp, 14. Line Corp.    15. Anghami , 16. JioSaavn

17. Boomplay, 18. SoundCloud Global Limited & Co. KG, 19. Peloton Interactive, Inc.

20. iHeartMedia, Inc. (iHeartRadio), 21. Napster (Rhapsody International)

22. Shazam, 23. 7digital Group plc