**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

OK-GU PARK,

                          Plaintiff,

              -against-

DISTROKID, INC., et al.,

                       Defendants.

-----------------------------------------------------------------X

25-CV-9818 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

The Court construes Plaintiff's filing at ECF No. 39 as his fourth amended complaint. Plaintiff is not permitted to further amend his complaint without seeking leave from the Court first.

Plaintiff's request for an immediate mandatory evidence preservation order is DENIED for the same reasons stated in the Honorable Vernon S. Broderick's orders at ECF Nos. 26 and 38.

Plaintiff is directed to serve the summons and all complaints filed to date on DistroKid, Inc., Youtube LL, Spotify USA Inc, PK Interactive LLC, and Bytedance LTD. by **Monday, May 18, 2026**.

     **SO ORDERED.**

DATED:    New York, New York
           April 20, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge