UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

OK-Gu PARK,

Plaintiff, Case No.: 1:25-cv-09818-VSB

-against-

DISTROKID LLC,

Defendant.

LETTER TO THE COURT REGARDING URGENT MOTION FOR PRESERVATION OF ESI

Honorable Vernon S. Broderick

United States District Judge

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

Re: Urgent Request for Pre-Motion Conference Regarding Motion for Preservation of ESI due to Corporate Restructuring

Dear Judge Broderick,

I, OK-Gu PARK, the Plaintiff in this action, respectfully request a pre-motion conference to address an emergent need for a Court-ordered preservation of Electronically Stored Information (ESI) concerning the Defendant, DistroKid.

Basis for Urgency

This request is necessitated by recent developments regarding the Defendant's corporate status. Specifically, it has come to my attention that DistroKid is currently undergoing significant structural changes, including a merger with PK Interact and the sale/liquidation of assets. Such corporate transactions inherently create a heightened risk that critical data relevant to this litigation will be purged, overwritten, or irretrievably lost during the transition.

The Necessity of Preservation

My claims involve the Defendant's systemic alteration of ISRC codes and the suppression of my intellectual property, which resulted in the unexplained deletion of data representing approximately 3.5 billion views associated with my account (ID: 7387376). Without immediate judicial intervention to preserve the status quo, the Defendant's ongoing corporate restructuring may result in the "spoliation of evidence"—the destruction or alteration of records essential to the truth-finding process of this Court.

Nature of the Request

I intend to file a Motion for Preservation of ESI. The purpose of this motion is not to interfere with the Defendant's business operations, but to ensure that:

The integrity of the record is maintained: A litigation hold is placed on all ESI, metadata, and logs associated with Account ID: 7387376 during the merger and transition with PK Interact.

Accountability: The Defendant is prevented from deleting ISRC records or suppressing royalty data while this lawsuit is pending.

I have attempted to seek clarification and preservation from the Defendant, but these issues remain unresolved. Given the imminent change in corporate control, I respectfully ask the Court to grant this request for a conference to establish a

preservation order that protects the evidence necessary for this case to proceed fairly.

Respectfully submitted,

(Signature)

OK-Gu PARK

Plaintiff, Pro Se

5F, 78 Dodang-ro 27-gil, Dobong-gu, Seoul

01349

Republic of Korea

010-8381-0392

boringgrout@naver.com

Dated: August 17, 2026

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated August 18, 2026**

The request for a premotion conference is DENIED. The request is premature and unfounded. Defendants are already under an obligation to preserve relevant evidence.