**OK-GU PARK**
Pro Se Plaintiff
78, 5F, Dodang-ro 27-gil, Dobong-gu, Seoul 01349, Republic of Korea
Tel: +82-10-8381-0392 | Email: boringgrout@naver.com

October 24, 2026

**BY ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court for the Southern District of New York

**Re: Park v. DistroKid LLC, et al., No. 1:25-cv-09818 (VSB) (VF)**
**Letter Motion to Amend Caption and Regarding Service on "PK Interactive LLC" (ECF No. 102)**

Dear Judge Figueredo:

Plaintiff Ok-Gu Park, proceeding pro se, respectfully submits this letter motion before the November 6, 2026 deadline to serve "PK Interactive LLC" (ECF No. 102). Plaintiff asks the Court to (1) amend the caption to reflect that "PK Interactive LLC" is the former name of Defendant DistroKid, LLC and deem the service required by ECF No. 102 satisfied, or, in the alternative, (2) extend the deadline by 30 days. Plaintiff also corrects the record regarding ECF No. 106.

**1. Defendants State That "PK Interactive, LLC" Is DistroKid, LLC's Former Name**

After the Court's September 8, 2026 Order, Defendants filed a motion to dismiss on behalf of "DistroKid LLC and PK Interactive LLC." (ECF Nos. 103, 104.) In it, Defendants state that "PK Interactive, LLC" "has accordingly been nothing more than a former name of Defendant DistroKid LLC for more than six years," that "[t]here is only one Delaware limited liability company here, and it is Defendant DistroKid LLC," and that naming PK Interactive separately "names the same defendant twice." (ECF No. 104 at 8, 10; see id. at 4 n.1; ECF No. 104-2.) Plaintiff does not dispute that "PK Interactive, LLC" is the former name of DistroKid, LLC.

**2. DistroKid, LLC Has Been Served and Has Appeared**

On August 17, 2026, a process server served the summons and the Fifth Amended Complaint on The Corporation Trust Company, the registered agent of DistroKid, LLC, at 1209 North Orange Street, Wilmington, Delaware 19801. (Ex. A.) DistroKid, LLC has appeared through counsel and moved to dismiss. (ECF Nos. 103, 104.) Because "PK Interactive LLC" is the same entity, which is already before the Court and represented by counsel, separate service under its former name would serve no purpose.

**3. Correction Regarding ECF No. 106 and Status of ECF No. 109**

Plaintiff filed a process server's affidavit at ECF No. 106 reporting delivery of the Fifth Amended Complaint to Corporation Service Company ("CSC") for "PK Interactive LLC" on September 15, 2026. CSC, however, issued a "Rejection of Service of Process" dated September 17, 2026, listing the party served as "Unclear." (Ex. B.) So that the record is accurate, Plaintiff does not rely on ECF No. 106 as proof of completed service. Plaintiff's request for issuance of a summons as to PK Interactive LLC, filed October 9, 2026, remains pending; it is docketed as relating to the original Complaint (ECF No. 1). (ECF No. 109.)

**4. Efforts to Confer**

On October 8 and October 19, 2026, Plaintiff emailed counsel for Defendants about service on "PK Interactive LLC" and asked for a response by October 16 and October 22, 2026, respectively. (Ex. C.) As of the date of this letter, Plaintiff has not received a response.

**5. Relief Requested**

Plaintiff respectfully requests that the Court:

(a) pursuant to Fed. R. Civ. P. 21, direct the Clerk of Court to amend the caption to identify the defendant as "DistroKid, LLC (f/k/a PK Interactive, LLC)," terminate "PK Interactive LLC" as a separately listed defendant, and correct the defendant listed on

the docket as "DistroKid, Inc." to "DistroKid, LLC," without prejudice to Plaintiff's claims against DistroKid, LLC, including claims based on conduct carried out under the name "PK Interactive"; and deem the August 17, 2026 service on DistroKid, LLC to satisfy the service requirement of ECF No. 102; or

(b) in the alternative, pursuant to Fed. R. Civ. P. 4(m) and 6(b)(1)(A), extend the deadline to serve "PK Interactive LLC" from November 6, 2026 to December 7, 2026, and direct the Clerk of Court to issue a summons naming "PK Interactive, LLC (now known as DistroKid, LLC)" with reference to the Fifth Amended Complaint (ECF No. 75-1), so that it may be served on the registered agent of DistroKid, LLC.

Good cause supports the alternative request. Plaintiff, a pro se litigant residing in the Republic of Korea, has attempted service on "PK Interactive LLC" more than once through professional process servers; the difficulty arises from the entity's change of name. No party will be prejudiced, because DistroKid, LLC is already before the Court and is represented by counsel. Plaintiff has not previously requested an extension of the November 6, 2026 deadline.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Ok-Gu Park 박옥구

Ok-Gu Park, Pro Se Plaintiff

78, 5F, Dodang-ro 27-gil, Dobong-gu

Seoul 01349, Republic of Korea

Tel: +82-10-8381-0392

Email: boringgrout@naver.com

Enclosures:

Exhibit A — Proof of Service on DistroKid, LLC (August 17, 2026)

Exhibit B — CSC "Rejection of Service of Process" (September 17, 2026; Transmittal No. 35068799)

Exhibit C — Plaintiff's emails to counsel for Defendants (October 8 and October 19, 2026)

cc: Jenna L. Harris, Esq., Ritholz Levy Fields LLP, counsel for Defendants (by ECF)

# CERTIFICATE REGARDING THE USE OF GENERATIVE ARTIFICIAL INTELLIGENCE

*Park v. DistroKid LLC, et al., No. 1:25-cv-09818 (VSB) (VF)*

I, Ok-Gu Park, hereby certify that I have read the Individual Rules & Practices in Civil Cases of Judge Vernon S. Broderick, United States District Judge for the Southern District of New York, including Rule 4.J.

I used generative artificial intelligence ("AI") tools in preparing the following document, which I am submitting in the above-captioned case on October 24, 2026: Plaintiff's Letter Motion to Amend Caption and Regarding Service on "PK Interactive LLC" (ECF No. 102). I further certify that:

[ X ] I personally reviewed the filing for accuracy.

I took the following steps to verify the accuracy of all cited legal authorities and factual assertions generated with the assistance of the AI tools: (a) I located each Federal Rule of Civil Procedure cited in this letter in a publicly available source and confirmed that it supports the proposition for which it is cited; (b) I compared each quotation from ECF No. 104 against the filed document; and (c) I compared each factual statement, date, name, address, and record number in this letter against the exhibits, the docket, and my own records.

The filing complies with my obligations under Rule 11(b) of the Federal Rules of Civil Procedure. I understand that I will be held individually responsible for its contents according to Rule 11(b) and the certifications required thereunder, including verifying any portions of the filing drafted by generative AI, and that failure to comply with the Court's Individual Rules may result in sanctions, the document being stricken, or other remedies that the Court deems appropriate.

Dated: October 24, 2026
Seoul, Republic of Korea

/s/ Ok-Gu Park
Ok-Gu Park, Pro Se Plaintiff

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 27, 2026**

Plaintiff need not serve PK Interactive, LLC, given that it is the former name of Defendant DistroKid LLC, who has been served and has appeared in this case. See ECF No. 104 at 5, 7-8.